UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PAUL CAYER

v.                                    CIV. NO. 3:02CV1130 (HBF)

JAMES ROACH,
CHARLES SPIRIDON

## SCHEDULING ORDER

A telephone conference call was held on November 7, 2003, to address the status of the case and to schedule trial. After discussion, and with agreement of the parties, the following schedule was set.

Discovery will close on January 31, 2004.

A telephone conference call will be held on January 6, 2004 to schedule trial. Plaintiff's counsel will initiate the call with the Court.

The parties are encouraged to resolve any issues as they arise. Either party may contact the Court to schedule a conference, as needed.

SO ORDERED at Bridgeport this 13 day of November 2003.

HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE