UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JAN 27 P 4: 24
US DISTRICT
BRIDGEPORT CT

PAUL CAYER

v.

JAMES ROACH,
CHARLES SPIRIDON

CIV. NO. 3:02CV1130 (HBF)

## SCHEDULING ORDER

A telephone conference call was held on January 26, 2004, to address the status of the case and to schedule trial. After discussion, and with agreement of the parties, the following schedule was set.

Discovery will close on January 31, 2004.

Dispositive motions, if any, are due on or before March 22, 2004.

The joint trial memorandum is due on or before May 10, 2004.

Jury selection is scheduled for Tuesday, June 8, 2004, at 9:30 a.m. with presentation of the evidence to follow. The parties estimate a one week trial.

The parties are encouraged to continue their efforts to settle the case. Either party may contact the Court to schedule a conference.

SO ORDERED at Bridgeport this 27 day of January 2004

HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE