UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAUL CAYER | : |
| Plaintiff | : |
| V. | : Civil No.3:02cv1130 (HBF) |
| JAMES ROACH, ET AL. | : |
| Defendants | : March 2, 2004 |

### MOTION TO WITHDRAW APPEARANCE

The undersigned moves to withdraw her appearance as counsel for the plaintiff in this action and in support hereof represents that this motion is filed at the direction of the plaintiff.

*WHEREFORE*, the undersigned counsel respectfully requests that this motion be granted.

THE PLAINTIFF
PAUL CAYER

BY: _____
KAREN LEE TORRE
Federal Bar No. ct01707
Law Offices of Karen Lee Torre
51 Elm Street
Suite 307
New Haven, CT 06510
(203) 865-5541

His Attorney

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed regular U.S. Mail this 2nd day of March 2004, to:

Joseph A. Jordano, Esq.
Office of the Attorney General
55 Elm St.
Hartford CT 06141-0120

Paul Cayer
173 Old Burrville Road
Torrington, CT 06790

Karen Lee Torre