02CV1130mot

29

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PAUL CAYER

       ntiff

                  :

                  :

                  :  Civil No.3:02cv1130 (HBF)

ET AL.

                  :  March 2, 2004

     endants       :

## MOTION TO WITHDRAW APPEARANCE

gned moves to withdraw her appearance as counsel for the plaintiff in this

t hereof represents that this motion is filed at the direction of the plaintiff.

)RE, the undersigned counsel respectfully requests that this motion be

THE PLAINTIFF
PAUL CAYER

BY: _____
KAREN LEE TORRE
Federal Bar No. ct01707
Law Offices of Karen Lee Torre
51 Elm Street
Suite 307
New Haven, CT 06510
(203) 865-5541

His Attorney

OF KAREN LEE TORRE • 51 ELM STREET, SUITE 307, NEW HAVEN, CONNECTICUT 06510 • TEL: (203) 865-5541

02CV1130 (HBF)  16 March 2004

Attorney Torre's Motion to Withdraw Appearance [Doc. #29] is
GRANTED. Plaintiff will file a pro se appearance with the Court
within ten days. SO ORDERED.

FILED

2004 MAR 16 P 3 20

U.S. DISTRICT COURT
BRIDGEPORT, CONN

HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE