FILED
2004 MAR -9 P 12: 22
U.S. DISTRICT COURT
BRIDGEPORT, CONN

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

] CASE NO. 3:02CV1130 (HBF) 
]
]
]
]
]
N,  ]
]
] March 8, 2004

### MOTION FOR STATUS CONFERENCE AND
### [EXTE]NSION OF TIME TO FILE DISPOSITIVE MOTIONS

[...] / the defendants and request a status conference with the court and

[...] ntil April 30, 2004 in which to file disposition motions in the above

[...] opments have occurred in this case that necessitate this motion.

[...] ery closed in the above case on January 30, 2004.

[...] the close of discovery, plaintiff was deposed. He deposition was

[...] ain documents had yet to be produced. The plaintiff's continuation

[...] led for March 26, 2004.

[...] the close of discovery, plaintiff's counsel represented to the court

[...] nce, that Mr. Cayer was going to withdraw his claim for emotional

[...] damages because he did not desire to produce a copy of his

---

[Sideways margin annotations:]

30

02CV1130 (HBF)  16 March 2004

Defendants' Motion for a Status Conference and Extension of Time to File Dispositive Motions [Doc. #30] is **GRANTED**. A status conference will be held on the record on April 29, 2004 at 2:00 p.m. The parties should be prepared to discuss an amended scheduling order at that time. SO ORDERED.

2004 MAR 16 P 3:19
HOLLY B. FITZSIMMONS
U.S. DISTRICT COURT
BRIDGEPORT, CO[NN] UNITED STATES MAGISTRATE JUDGE

02CV1130end