## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAUL CAYER, | : | CASE NO. 3:02CV1130 (HBF) |
| Plaintiff, | : | |
| v. | : | |
| JAMES ROACH and CHARLES SPIRIDON, | : | |
| Defendants. | : | March 24, 2004 |

### MOTION TO COMPEL OR FOR AN IMMEDIATE STATUS CONFERENCE

COMES NOW the defendants and move the court for an order compelling the plaintiff to respond to discovery or, in the alternative, for an immediate status conference on the record. Several developments have occurred in this case that necessitate this motion.

1. Discovery closed in the above case on January 30, 2004.

2. Prior to the close of discovery, plaintiff was deposed. His deposition was continued because certain documents had yet to be produced. The plaintiff's continuation deposition was scheduled for March 26, 2004, but is not clear if he will attend.

3. Prior to the close of discovery, plaintiff's counsel represented to the court during a status conference, that Mr. Cayer was going to withdraw his claim for emotional distress and all related damages because he did not desire to produce a copy of his medical records.

4.     On January 20, 2004 and January 28, 2004, defense counsel wrote to Attorney Karen Lee Torre, plaintiff's counsel of record, and submitted a proposed stipulation regarding Mr. Cayer's withdrawal of part of his damage claim and sought compliance with part of the Defendants' second set of requests for production dated October 28, 2003.

5.     Before the defendants' can submit their motion for summary judgment, which currently has a deadline set for April 30, 2004, the following issues need to be resolved:

    a.     Plaintiff's compliance with the defendant's second discovery request dated October 28, 2003;

    b.     Plaintiff stipulation regarding damages or the production of his medical records;

    c.     The completion of plaintiff's deposition;

6.     Given that the plaintiff has taken over the case pro se and some of the above issues could change, the defendants urgently request a status conference in person before the court or an order compelling compliance by the plaintiff with the above matters.  Furthermore, the defendants seek adequate time in which to prepare a summary judgment motion AFTER the above matters have been resolved.

            DEFENDANTS,

            RICHARD BLUMENTHAL
            ATTORNEY GENERAL

       By: _____
          Joseph A. Jordano
          Assistant Attorney General
          Federal Bar  # ct21487
          55 Elm Street, P. O. Box 120
          Hartford, CT 06141-0120
          Tel: 860-808-5340
          Fax: 860-808-5383
          E-mail:
          Joseph.Jordano@po.state.ct.us

## **CERTIFICATION**

The undersigned does hereby certify that on this **24th day of March 2004**, a true and accurate copy of the foregoing was sent via first class, postage prepaid, United States mail, postage prepaid, to:

  Paul Cayer, pro se
  173 Old Burrville Road
  Torrington, CT 06790

            _____
            Joseph A. Jordano
            Assistant Attorney General