Paul Cayer
173 Old Burrville Rd.
Torrington, CT 06790

**FILED**

From:    p_cayer@webtv.net (Paul Cayer)
Date:    Mon, Mar 29, 2004, 4:06pm
To:      p_cayer@webtv.net
Subject: (no subject)

2004 MAR 31  P 12: 13

U.S. DISTRICT COURT
BRIDGEPORT, CONN

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

PAUL CAYER,        CASE # 3:02CV1130(HBF)

      Plaintiff,

        v.

JAMES ROACH and
CHARLES SPIRIDON,

      Defendants.        March 30, 2004.

### PRO SE APPEARANCE

The undersigned will be appearing pro se.

PLAINTIFF,

PAUL N. CAYER
173 Old Burrville Rd.
Torrington, CT 06790
phone: 860-626-0340

------------------------------------------

### CERTIFICATION

A copy of the foregoing was mailed on March 30, 2004 to:

Joseph Jordano
Assistant Attorney General
55 Elm St.
PO Box 120
Hartford, CT 06141-0120

Paul N. Cayer