UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAUL CAYER | : | Case No. 3:02CV1130(HBF) |
| *Plaintiff* | : | |
| v. | : | Magistrate Judge Holly B. Fitzsimmons |
| | : | |
| CHARLES SPIRIDON | : | Notice of Manual Filing |
| and JAMES ROACH | : | |
| *Defendants* | : | March 30, 2004 |

Please take notice that the Defendants, Charles Spiridon and James Roach have manually filed the following document or thing

Exhibits in Support of Defendants' Objection to Plaintiff's Motion to Reopen Discovery

These exhibits have not been filed electronically because

[ x ]   the document or thing cannot be converted to an electronic format
[   ]   the electronic file size of the document exceeds 1.5 megabytes
[   ]   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[   ]   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

Respectfully submitted,

/s/ Joseph A. Jordano
Joseph A. Jordano
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Phone: (860) 808-5340
Fax: (860) 808-5383
E-mail: Joseph.Jordano@po.state.ct.us
Federal Bar # ct21487