mhrg (January 10, 2002)

TOTAL TIME: ___ hours _40_ minutes

DEPUTY CLERK _Kolesnikov_    RPTR/ERO/TAPE _Corriette_

DATE _4/20/04_    START TIME _1:10_    END TIME _1:50_

LUNCH RECESS FROM _____ TO _____

RECESS FROM _____ TO _____    (if more than 1/2 hour)

CIVIL NO. _3:02CV1130 HBF_

Cayer

vs.

Roach

§
§
§
§
§

_Paul Cayer Pro Se_
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

_Joe Jordano_
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

- ☒ (mhrg) Motion Hearing
- ☐ (contmphrg.) Contempt Hearing
- ☐ (pchrg.) Probable Cause Hearing
- ☐ (mischrg.) Miscellaneous Hearing
- ☐ (confmhrg.) Confirmation Hearing
- ☐ (evidhrg.) Evidentiary Hearing
- ☐ (fairhrg.) Fairness Hearing
- ☐ (showhrg.) Show Cause Hearing
- ☐ (jgmdbexam.) Judgment Debtor Exam
- ☐ (stlmthrg.) Settlement Hearing

MOTION
DOCUMENT NO.

| | | | | | |
|---|---|---|---|---|---|
| ☒ Dfr #34 | Motion _to Compel_ | ☐ granted | ☐ denied | ☒ advisement |
| ☐ ....# | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ....# | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ....# | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ....# | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ....# | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ....# | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ........ | ☐ Brief(s) due _____ ☐ Proposed Findings due _____ Response due _____ | | | |
| ☐ ........ | _____ | ☐ filed | ☐ docketed |
| ☐ ........ | _____ | ☐ filed | ☐ docketed |
| ☐ ........ | _____ | ☐ filed | ☐ docketed |
| ☐ ........ | _____ | ☐ filed | ☐ docketed |
| ☐ ........ | _____ | ☐ filed | ☐ docketed |
| ☐ ........ | _____ | ☐ filed | ☐ docketed |
| ☐ ........ | _____ | ☐ filed | ☐ docketed |
| ☐ ........ | _____ | ☐ filed | ☐ docketed |
| ☐ ........ | _____ | ☐ filed | ☐ docketed |
| ☐ ........ | _____ Hearing continued until _____ at _____ | | | |