Paul Cayer
173 Old Burrville Rd.
Torrington, CT 06790

CHAMBERS
HOLLY B. FITZSIMMONS
U.S. MAGISTRATE JUDGE

2004 MAR 30 P 2: 23

From: p_cayer@webtv.net (Paul Cayer)
Date: Mon, Mar 29, 2004, 9:28am
To: p_cayer@webtv.net
Subject: (no subject)

RECEIVED

United States District Court
District of Connecticut

PAUL CAYER,         CASE # 3:02CV1130(HBF)

    Plaintiff,

    v.

JAMES ROACH and
CHARLES SPIRIDON,

    Defendants,           March 29, 2004.

As the plaintiff, I move that discovery in my case continue pursuant to the understanding between Attorney Jordano and my former attorney Karen Torre. Atty. Torre's letter to me dated February 5, 2004 was clear and unambiguous (see attached). Discovery was and is ongoing. If Attorney Torre was lying to me, then I request that the Court so indicate in writing so that I may include it in my judicial grievance against her. I move that the Court compel Attorney Jordano to arrange for James Roach and Barbara Barnwell to be deposed by me in accordance with my repeated requests.

In addition, I move that the Court compel Attorney Jordano to comply with the January 22, 2004 production request for James Roach.

PLAINTIFF,

Paul N. Cayer

---

CERTIFICATION

I hereby certify that on March 29, 2004 a copy of the foregoing was mailed to:

Joseph Jordano
Assistant Attorney General
55 Elm St., PO Box 120
Hartford, CT 06141-0120

Paul N. Cayer

# *Law Offices of*
# KAREN LEE TORRE

51 Elm Street - Suite 307
New Haven, Connecticut 06510
Telephone - (203) 865-5541
Facsimile - (203) 865-4844

99 Whitfield Street
Guilford, Connecticut 06437
Telephone - (203) 453-7720
Facsimile - (203) 453-7721
*Reply to New Haven Only*

February 5, 2004

Mr. Paul Cayer
173 Old Burrville Road
Torrington, CT 06790

**Re:**   <u>Cayer v. Roach, et al.</u>

Dear Mr. Cayer:

In response to your letter of January 29, 2004, please be advised that the attorneys did not have a conference with the Court on January 6th. The judge had another matter to attend to and accordingly, we just had the conference last week. Discovery is ongoing and will continue to be ongoing. As the needs of the case require. It was agreed that defendants may file a Motion for Summary Judgment in March if they wish and if the case is to be tried, we are looking at sometime in June, 2004. It was further confirmed during the conference that you made a decision not to share your psychiatric history records and accordingly, you may not pursue a claim for non-economic damages such as emotional distress. In reliance on that understanding, Attorney Jordano will not seek your psychiatric records nor will he seek to depose your psychiatrist or other treating mental health professionals.

Very truly yours,

*Karen Lee Torre*

Karen Lee Torre

KLT:cmt