UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAUL CAYER, | ] | CASE NO. 3:02CV1130 (HBF) |
| | ] | |
| Plaintiff, | ] | |
| | ] | |
| v. | ] | |
| | ] | |
| CHARLES SPIRIDON and | ] | |
| JAMES ROACH, | ] | |
| | ] | |
| Defendants. | ] | MAY 6, 2004 |

**DEFENDANTS' SUPPLEMENTAL BRIEF IN SUPPORT OF
THEIR MOTION TO COMPEL**

COME NOW the defendants and supplement their basis for the motion to compel the production of the plaintiff's medical records.

Notwithstanding the plaintiff's unfounded accusations to the contrary, the defendants desire a copy of the plaintiff's psychological records to refute his allegation that the defendants fabricated a workplace violence claim against the plaintiff. The plaintiff also maintains during this lawsuit that one of the retaliatory acts committed by the defendants was to subject him to a psychological evaluation to determine if he presented a danger to others.  In discovery, the plaintiff produced a letter that he submitted for his personnel file from a Dr. Romano, that discusses the plaintiff's fitness for work.  Plaintiff provided this letter to his former employer to refute the conclusions of the independent psychologist's report relied on by the defendant to reassign the plaintiff to another supervisor.

The plaintiff considers it an invasion of privacy to produced his medical records. But it was the plaintiff, not the defendants, who interjected the issue of the workplace violence claim into this lawsuit.

Therefore, in addition to the issues of emotional damages and the defendants' concern about the plaintiff's conduct in the workplace, this information is crucial to refute the plaintiff's allegations that the defendant fabricated a workplace violence for the purpose of retaliating against him.

WHEREFORE, the defendants renew its request that the court grant its motion to compel and order the plaintiff to fully comply with the defendants' discovery request to produce a complete copy of his psychological records.

>DEFENDANTS,
>
>RICHARD BLUMENTHAL
>ATTORNEY GENERAL

BY: _____
>Joseph A. Jordano  (ct 21487)
>Assistant Attorney General
>55 Elm Street, P. O. Box 120
>Hartford, CT 06141-0120
>Tel: 860-808-5340
>Fax: 860-808-5383

**CERTIFICATION**

I hereby certify that a copy of the foregoing has been mailed on this 6th day of May 2004, to:

Paul Cayer
173 Burrville Road
Torrington, CT  06790

                                                _____
                                                Joseph A. Jordano
                                                Assistant Attorney General