UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAUL CAYER, | ] | CASE NO. 3:02CV1130 (HBF) |
| | ] | |
| Plaintiff, | ] | |
| | ] | |
| v. | ] | |
| | ] | |
| CHARLES SPIRIDON and | ] | |
| JAMES ROACH, | ] | |
| | ] | |
| Defendants. | ] | JUNE 8, 2004 |

**DEFENDANTS' STATEMENT TO COURT REGARDING
WITNESS AVAILABILITY**

Pursuant to the Court's inquiry and in response to the plaintiff pleading dated June 3, 2004 (see attached) accusing defendant Roach of moving out of the country to avoid testimony, counsel states that he has conferred with defendant Roach about his availability for trial and at this time Mr. Roach expects to be available for trial. Mr. Roach will be residing in the state of Florida (not out of the country) after retiring from his position as President of Western Connecticut State University. If his circumstances should change for some unforeseen reason, he will notify counsel immediately.

                              DEFENDANTS,

                              RICHARD BLUMENTHAL
                              ATTORNEY GENERAL

BY:       _____
            Joseph A. Jordano  (ct 21487)
            Assistant Attorney General
            55 Elm Street, P. O. Box 120
            Hartford, CT 06141-0120
            Tel: 860-808-5340
            Fax: 860-808-5383
            E-mail: Joseph.Jordano@po.state.ct.us

## **CERTIFICATION**

    I hereby certify that a copy of the foregoing has been mailed on this 8th day of June 2004, to:

    Paul Cayer
    173 Old Burrville Road
    Torrington, CT  06790

                                              _____
                                              Joseph A. Jordano
                                              Assistant Attorney General