UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAUL CAYER | : | Case No. 3:02CV1130(HBF) |
| *Plaintiff* | : | |
| v. | : | Magistrate Judge Holly B. Fitzsimmons |
| | : | |
| James Roach and | : | Notice of Manual Filing |
| Charles Spiridon | : | |
| *Defendant* | : | February 25, 2004 |

    Please take notice that the Defendant, State of Connecticut, Department of Mental Health and Addiction Services has manually filed the following document or thing

    Exhibit attached to Defendant' Statement to Court Regarding Witness Availability

This exhibit has not been filed electronically because

[ x ]    the document or thing cannot be converted to an electronic format
[   ]    the electronic file size of the document exceeds 1.5 megabytes
[   ]    the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[   ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

    Respectfully submitted,

/s/ Joseph A. Jordano
Joseph A. Jordano
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Phone: (860) 808-5340
Fax: (860) 808-5383
E-mail: Joseph.Jordano@po.state.ct.us
Federal Bar # ct 21487