UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JUL 16 P 3: 10

U.S. DISTRICT COURT
BRIDGEPORT, CONN

PAUL CAYER

v.

JAMES ROACH,
CHARLES SPIRIDON

CIV. NO. 3:02CV1130 (HBF)

NOTICE OF DEPOSITION

The continued deposition of Paul Cayer will be held on Monday, July 26, 2004 at 9:00 a.m. at the United States District Court, 915 Lafayette Blvd., Bridgeport, CT. The parties will report to the Judge's Chambers, Room 266 and will be assigned to a room.

SO ORDERED at Bridgeport this 15th day of July 2004.

HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE