UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PAUL CAYER,  : CASE NO. 3:02CV1130(HBF)
    Plaintiff, :
    v. :
JAMES ROACH and :
CHARLES SPIRIDON, :
    Defendants. : July 9, 2004

FILED
2004 JUL 12 P 12: 22
U.S. DISTRICT COURT
BRIDGEPORT, CONN

### MOTION TO COMPEL DISCLOSURE OF EMAILS

As the plaintiff, I request that the Court compel the defendants to provide all emails as requested in my Production Request of August 29, 2003. Although the defendants have provided emails from WestConn computers, they have not provided any personal emails from home computers. The Court has determined that a request for emails includes emails from home computers. In all fairness, the defendants should be required to have these items discoverable if the plaintiff is so required. This is not a new production request. This is a request submitted August 29, 2003. Attached please find documents supporting my request for the following emails:

1. Charles Spiridon's personal emails to (and from) any University employee (current or former) concerning me, my job performance, or any of my allegations.

2. Barbara Barnwell's personal emails to other persons (whether University employees or not) regarding me or Helen Main.

3. Koryoe Anim-Wright's personal emails to other persons (whether University employees or not) concerning me or Helen Main.

4. James Roach's personal emails to (and from) Jakabauski concerning me.

5. James Roach's personal emails to Spiridon concerning me.

6. James Roach's personal emails to (and from) William Cibes concerning me.

7. Charles Spiridon's personal emails to (and from) William Cibes.

Again, I reiterate that this is not a new production request. I have already requested these items, and the defendants have not yet provided them. I expect that the content of these personal emails will be very illuminating in showing that my allegations of wrongdoing were correct, and that I was subjected to retaliatory actions for making the allegations.

WHEREFORE, as the plaintiff, I request that the Court compel disclosure by the defendants of all personal emails as described above.

PLAINTIFF,

Paul N. Cayer, pro se
173 Old Burrville Rd.
Torrington, CT 06790
tel: 860-626-0340

---

### CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on July 9, 2004 to:

Joseph Jordano

Assistant Attorney General
55 Elm St.
~~PO Box 120~~
Hartford, CT 06141-0120

_____
Paul N. Cayer