UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

PAUL CAYER,                     :   CASE NO. 3:02CV1130(HBF)

    Plaintiff,              :

    v.                      :

JAMES ROACH and                 :
CHARLES SPIRIDON,               :

    Defendants.             :   July 12, 2004.

2004 JUL 13  A 11: 46

U.S. DISTRICT COURT
BRIDGEPORT, CONN

MOTION TO COMPEL PRODUCTION OF DOCUMENTS NOT YET PROVIDED

As the plaintiff, I request that the Court compel the defendants to produce the following documents which they have failed to produce and which were originally requested in my Production Request (see attached) of January 22, 2004:

"Any and all schedules, diaries, and calendars reflecting the activities, appointments and work schedule of Dr. Anim-Wright during the two year period when Helen Main worked for her."

WHEREFORE, as the plaintiff, I request that the Court compel disclosure by the defendants of the foregoing documents.

    PLAINTIFF,

    Paul N. Cayer, pro se
    173 Old Burrville Rd.
    Torrington, CT 06790
    tel: 860-626-0340

---

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on July 12, 2004 to:

Joseph Jordano
Assistant Attorney General
55 Elm St.
PO Box 120
Hartford, CT 06141-0120

_____
    Paul N. Cayer

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PAUL CAYER                                  :
                                            :
            Plaintiff                       :
                                            :    Civil No.3:02cv1130 (HBF)
V.                                          :
                                            :
JAMES ROACH, ET AL.                         :
                                            :    January 22, 2004
            Defendants                      :

LAW OFFICES OF
KAREN LEE TORRE
51 ELM STREET SUITE 307
NEW HAVEN, CONNECTICUT 06510
TELEPHONE: (203) 865-5541
JURIS No. 416506

## PLAINTIFF'S SECOND SET OF REQUESTS FOR PRODUCTION TO DEFENDANT JAMES ROACH

Pursuant to Rule 26 et seq. of the Federal Rules of Civil Procedure, the plaintiff, Paul Cayer, hereby requests that the defendant, answer under oath the following requests within 30 days hereof and produce legible copies of all requested documents in the defendant's possession, custody or control for inspection and/or copying at the offices of the undersigned counsel within 30 days of the date hereof.

### Definitions and Instructions

In answering these requests, furnish all information available to defendant including information in the possession of its attorneys, its investigators and all persons acting on its behalf. If you cannot answer the interrogatories in full after exercising due diligence to secure the information, so state and answer to the extent possible, specifying your inability to answer the remainder and state whatever information or knowledge you have concerning the unanswered

1

8.    Any and all schedules, diaries, and calendars reflecting the activities, appointments and work schedule of Dr. Anim-Wright during the two year period when Helen Main worked for her.

**RESPONSE:**

9.    Any and all records of whatever kind or description which reflect or relate in any way to communications between Dr. Anim-Wright and Richard Gerber and/or the defendants regarding the schedule, attendance and performance of Dr. Anim-Wright.

**RESPONSE:**

10.    Any and all documents reflecting the period of time for which Dr. Anim-Wright was paid her salary while she was on a vacation/trip to Ghana.

**RESPONSE:**

LAW OFFICES OF
KAREN LEE TORRE
51 ELM STREET SUITE 307
NEW HAVEN, CONNECTICUT 06510

TELEPHONE: (203) 865-5541
JURIS NO. 416506