

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PAUL CAYER                                      :
                                                :
            Plaintiff                           :
                                                :    Civil No.3:02cv1130 (HBF)
V.                                              :
                                                :
JAMES ROACH, ET AL.                             :
                                                :    January 22, 2004
            Defendants                          :

LAW OFFICES OF
KAREN LEE TORRE
51 ELM STREET SUITE 307
NEW HAVEN, CONNECTICUT 06510

TELEPHONE: (203) 865-5541
JURIS NO. 416506

## PLAINTIFF'S SECOND SET OF REQUESTS FOR PRODUCTION TO DEFENDANT JAMES ROACH

Pursuant to Rule 26 et seq. of the Federal Rules of Civil Procedure, the plaintiff, Paul Cayer,  hereby requests that the defendant, answer under oath the following requests within 30 days hereof and produce legible copies of all requested documents in the defendant's possession, custody or control for inspection and/or copying at the offices of the undersigned counsel within 30 days of the date hereof.

### Definitions and Instructions

In answering these requests, furnish all information available to defendant including information in the possession of its attorneys, its investigators and all persons acting on its behalf. If you cannot answer the interrogatories in full after exercising due diligence to secure the information, so state and answer to the extent possible, specifying your inability to answer the remainder and state whatever information or knowledge you have concerning the unanswered

1

TELEPHONE: (203) 865-5541
JURIS NO. 416506

LAW OFFICES OF
KAREN LEE TORRE
51 ELM STREET SUITE 307
NEW HAVEN, CONNECTICUT 06510

portions.

If the defendants refuse to answer and/or object to any interrogatory or production request in whole or in part, describe the basis for the refusal or objection in detail sufficient to permit the court to adjudicate the validity of such refusal or objection.

If more space is required for answers than is provided, please attach additional sheets of paper and designate thereupon which interrogatory or request is being answered.

The interrogatories and requests for production which follow are to be considered as continuing, and you are requested to provide, by way of supplementary answers thereto, such additional information as you or any persons acting on your behalf may hereafter obtain which will augment, clarify, or otherwise modify the answers now given to these interrogatories. Such supplementary responses are to be filed and served upon counsel for plaintiff within 20 days after defendant knows, or should know, of such information.

As used herein, the following terms shall have the meanings indicated below:

a.    "Person" means natural persons, agencies, unions, associations, federations, or any other kind of entity.

b.    When used in connection with any corporation, the word "personnel" means all employees, officers, and directors of the corporation.

c.    "Document" or "record" means any printed, typewritten, handwritten, or otherwise recorded matter of whatever character, including, but without limitation, files, correspondence,

2

LAW OFFICES OF
KAREN LEE TORRE
51 ELM STREET SUITE 307
NEW HAVEN, CONNECTICUT 06510
TELEPHONE: (203) 865-5541
JURIS No. 416506

contracts, logs, minutes of meetings, agreements, letters, purchase orders, memoranda, telegrams, notes, forms, catalogues, brochures, manuals, diaries, reports, calendars, interoffice communications, instructions, statements, jottings, announcements, depositions, affidavits, negotiable instruments, photographs, tape recordings, motion pictures, and any carbon or photographic copies of any such material if defendant does not have custody of the original, and any information contained in an electronic data base of otherwise generated or stored on a computer.

      d.    "Identify" means, with respect to a natural person (1) his or her name; (2) his or her sex; (3) his or her last known home address and telephone number; (4) his or her job title; (5) his or her business address and telephone number; (6) the name and address of his or her employer; and (7) his or her relationship, if any, to defendant.

      e.    "Identify" means, with respect to an agency, association or other entity (1) the legal name under which such entity is established; (2) the full business address and telephone number of such entity; and (3) the officers of such entity.

      f.    "Identify" means, with respect to documents, (1) the author thereof and the person or persons to whom the document was originally directed; (2) the source from whom defendant obtained such document or documents; (3) the date of each such document or documents; (4) the current custodian of each such document or documents; (5) the location at which the document is situated; and (6) the subject matter of each such document or documents.

3

TELEPHONE: (203) 865-5541
JURIS No. 416506

LAW OFFICES OF
KAREN LEE TORRE
51 ELM STREET SUITE 307
NEW HAVEN, CONNECTICUT 06510

## REQUESTS FOR PRODUCTION

1.    Any and all records, including copies of credit card statements, which support any

claim of Dr. Anim-Wright that she was charged twice for seminar-related expenses

due to an error or failure on the part of Helen Main.

**RESPONSE:**

2.    Any and all payroll worksheets and attendance records for Dr. Anim-Wright for the

two-year period during which Helen Main worked as secretary in Dr. Anim-

Wright's office including, but not limited to, time and attendance records which

were submitted every two weeks for payroll purposes and which reflect Dr. Anim-

Wright's hours worked, claimed personal time, claimed vacation and sick days.

**RESPONSE:**

3.    Any and all documents which would support any claim by  defendants that Dr.

4

Anim-Wright was paid for any workday on which she did not in fact work per order of either defendant without the payroll record reflecting that it would be a "comp day".

**RESPONSE:**

LAW OFFICES OF
KAREN LEE TORRE
51 ELM STREET SUITE 307
NEW HAVEN, CONNECTICUT 06510

TELEPHONE: (203) 865-5541
JURIS NO. 416506

4.    Any and all documents, records, notes, memoranda, electronic information (including e-mails) which record, reflect or refer in any way to any complaint by a student, faculty member or West Conn employee in which the subject was Barbara Barnwell or Dr. Anim-Wright.  Included in this request are the following:

a.    Any notes, electronic memoranda, or electronic recording regarding or referring to any written or oral complaint against either individual;

b.    Any such records reflecting any investigation by President Roach or a subordinate into each and every such complaint;

c.    Any letters, e-mails or other communications from any students, faculty members, staff members or parents of students, wherein the subject was the conduct of Barbara Barnwell or Dr. Anim-Wright.

d.    Any records reflecting the outcome of any such investigation or complaint.

**RESPONSE:**

5

TELEPHONE: (203) 865-5541
JURIS NO. 416506

LAW OFFICES OF
KAREN LEE TORRE
51 ELM STREET SUITE 307
NEW HAVEN, CONNECTICUT 06510

5.  Any and all performance reviews or service ratings, original and amended, prepared with respect to the performance of Barbara Barnwell or Dr. Anim-Wright during any period in which Helen Main worked under their supervision.

**RESPONSE:**

6.  Any and all records of written reprimands, or oral counselings or other disciplinary actions taken against Barbara Barnwell or Dr. Anim-Wright.

**RESPONSE:**

7.  Any and all communications received by either defendant or West Conn from any official of the state university system regarding the performance of Barbara Barnwell or Dr. Anim-Wright.

**RESPONSE:**

6

LAW OFFICES OF
KAREN LEE TORRE
51 ELM STREET   SUITE 307
NEW HAVEN, CONNECTICUT 06510

TELEPHONE: (203) 865-5541
JURIS NO. 416506

8.      Any and all schedules, diaries, and calendars reflecting the activities, appointments and work schedule of Dr. Anim-Wright during the two year period when Helen Main worked for her.

**RESPONSE:**

9.      Any and all records of whatever kind or description which reflect or relate in any way to communications between Dr. Anim-Wright and Richard Gerber and/or the defendants regarding the schedule, attendance and performance of Dr. Anim-Wright.

**RESPONSE:**

10.     Any and all documents reflecting the period of time for which Dr. Anim-Wright was paid her salary while she was on a vacation/trip to Ghana.

**RESPONSE:**

7

LAW OFFICES OF
KAREN LEE TORRE
51 ELM STREET SUITE 307
NEW HAVEN, CONNECTICUT 06510

TELEPHONE: (203) 865-5541
JURIS NO. 416506

11.    Any and all records of whatever kind and description relating to any communications or complaints by any union representative or official regarding the conduct of Barbara Barnwell or Dr. Anim-Wright, whether or not it involved Helen Main.

**RESPONSE:**

12.    Any and all documents of whatever kind and description, including job descriptions and specifications, policies, manuals, publications, ethics codes or professional standards which defendants believe support the view that Paul Cayer breached any ethical obligation or duty as a Director of Human Resources in his handling of Helen Main's grievances and complaints.

**RESPONSE:**

13.    Any and all personnel policies, human resources directives or guidelines, or any other state regulation or publication which you believe supports the view that Paul Cayer violated any ethical rule or duty to his employer in his handling any grievance or complaint by Helen Main in his capacity as a Director of Human Resources.

**RESPONSE:**

8

THE PLAINTIFF
PAUL CAYER

BY: _____

KAREN LEE TORRE
Federal Bar No. ct01707
Law Offices of Karen Lee Torre
51 Elm Street
Suite 307
New Haven, CT 06510
(203) 865-5541
His Attorney


## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed regular U.S. Mail this 22nd day of January , 2004, to:

Joseph A. Jordano, Esq.
Assistant Attorney General
55 Elm St.
Hartford CT 06141-0120

_____
Karen Lee Torre

9

Law Offices of
Karen Lee Torre
51 Elm Street Suite 307
New Haven, Connecticut 06510

Telephone: (203) 865-5541
Juris No. 416506