UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAUL CAYER, | : | CASE NO. 3:02CV1130(HBF) |
| Plaintiff, | : | |
| v. | : | |
| CHARLES SPIRIDON and JAMES ROACH, | : | |
| Defendants. | : | July 19, 2004 |

**DEFENDANTS' REQUEST FOR AN ORDER PROHIBITING
THE PLAINTIFF FROM DESTROYING OR ALTERING
<u>ELECTRONIC EVIDENCE</u>**

COMES NOW the defendants and move the court for an order prohibiting the plaintiff from destroying, altering, or otherwise manipulating any electronic e-mails that he has been ordered to produce in connection with case while the plaintiff's anticipated appeal of the Magistrate's order of July 12, 2004 is pending. In support of this motion, the defendants show the court as follows:

1. The plaintiff at oral conference on July 6, 2004 agreed to forward to defendants' counsel by July 13, 2004 all e-mails he sent to current and former employees of Western Connecticut State University. The agreement was incorporated into the Court's Discovery Ruling on July 12, 2004 (Doc. # 46).

2. To date, the plaintiff has not complied with the court's order, but, upon information and belief, he notified 16 people by e-mail of the court's order directing him to disclose the e-mails.

    3.    On July 16, 2004, plaintiff delivered to defense counsel notice that he intends to appeal the court's order (Doc. # 46) of July 12, 2004.[1]

    4.    The defendants are concerned that given the plaintiff's deliberate failure to comply with the court's order and his apparent desperate efforts to avoid having to disclose the e-mails electronic records, it may be likely that the plaintiff has or will in the future destroy, delete or alter e-mails in his possession that he knows are damaging to his case.

    5.    Furthermore, the defendants ask that the plaintiff be required to download to disk or CD in a common compatible software format, all e-mails in his possession that comply with the court's order and deliver such to the court to be held by the court until after his appeal is completed.

    6.    The plaintiff should also be admonished by the court that his failure to preserve against destruction, alteration or manipulation all of the electronic e-mails that he had in his possession on July 6, 2004 that the court has ordered produced could result in sanctions, including the dismissal of his case along with attorneys fees.

    WHEREFORE, the defendants move for an order consistent with this motion.

---

[1] Defendants will move to dismiss such an appeal to the district court because Magistrate Judge Fitzsimmons' order carries the weight of an order by the district court pursuant to 28 U.S.C. § 636(c) because she is handling this case pursuant to consent of the parties (Doc. # 18) and not as a referral from a District Judge.

                                        DEFENDANTS,

                                        RICHARD BLUMENTHAL
                                        ATTORNEY GENERAL

BY:_____
                       Joseph A. Jordano
                       Assistant Attorney General
                       Federal Bar # ct21487
                       55 Elm Street, P.O. Box 120
                       Hartford, CT 06141-0120
                       Tel: (860) 808-5340
                       Fax: (860) 808-5383
                       E-mail:
                        Joseph.Jordano@po.state.ct.us

## **CERTIFICATION**

     I hereby certify that a copy of the foregoing has been mailed, United States mail first class postage prepaid, on this 19th day of July 2004 to:

Paul Cayer, pro se.
173 Old Burrville Road
Torrington, CT 06790

                                              _____
                                              Joseph A. Jordano
                                              Assistant Attorney General