UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PAUL CAYER,                          :   CASE # 3:02CV1130(HBF)
    Plaintiff,                       :
                                    :
v.                                   :
                                     :
CHARLES SPIRIDON and                 :
JAMES ROACH,                         :
                                     :
    Defendants.                      :   July 21, 2004.

FILED
2004 JUL 23 P 1:21
U.S. DISTRICT COURT
BRIDGEPORT, CONN

PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUEST FOR AN ORDER
PROHIBITING PLAINTIFF FROM DESTROYING OR ALTERING ELECTRONIC EVIDENCE.

As the plaintiff, I find it interesting that Mr. Jordano wants the Court to "admonish" me for the destruction of emails when he has absolutely no proof or even suggestion that this has happened. Even in the absence of proof, it would not surprise me to get a sanction from Judge Fitzsimmons. I know exactly what is happening in this courtroom. Plaintiff is very observant, and very intuitive. Plaintiff notes that even when presented with concrete evidence of Attorney Jordano's lies, obstruction of justice, and concealment of evidence, Judge Fitzsimmons only "winked."

Let me state to Attorney Jordano for the 37th time: I do not have a computer. I have an internet appliance that uses my TV set. Downloading to a disc or CD is not possible. I hope Mr. Jordano makes a note of this, and keeps it for future reference.

As to my "deliberate failure to comply with the court's order", I remind Mr. Jordano that there is an appeal pending.

WHEREFORE, the plaintiff requests that the Court disregard the rantings of Attorney Jordano.

PLAINTIFF,

*/s/ Paul N. Cayer/*

Paul N. Cayer, pro se
173 Old Burrville Rd.
Torrington, CT 06790
860-626-0340

---

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed July 22, 2004 to:

Joseph Jordano
Assistant Attorney General
55 Elm St.
PO Box 120
Hartford, CT 06141-0120

*/s/ Paul N. Cayer/*
Paul N. Cayer