UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAUL CAYER, | : CASE NO. 3:02CV1130 (HBF) |
| *Plaintiff*, | : |
| v. | : |
| JAMES ROACH and CHARLES SPIRIDON, | : |
| *Defendants*. | : July 26, 2004 |

**DEFENDANTS' REPLY TO PLAINTIFF'S RESPONSE TO MOTION
TO PRESERVE EVIDENCE**

COME NOW the defendants and for their response to the plaintiff's pleading of July 21, 2004, state as follows:

1. There is no appeal currently pending based on the docket sheet dated July 22, 2004. At best, the plaintiff communicated to the court that he "intends" to file an appeal of the July 12, 2004 order.

2. According to the court, on July 6, 2001 Paul Cayer agreed to forward all emails that complied with the defendants' discovery request to defense counsel by July 13, 2004. That deadline passed before the plaintiff learned of the court's order of July 12, 2004 (which according to Cayer arrived on July 14, 2004). Without any apparent explanation for his failure to comply with the court's directive between July 6th to 13th, 2004, it is reasonable to conclude that the plaintiff had no intention of complying with the court order. According to the plaintiff, all of the emails could have been forwarded by

July 13. Plaintiff had no difficulty warning various people of the court's July 6 order directing him to disclose the emails.

3. Instead, the plaintiff has fallen back on his familiar pattern of casting accusations against anyone who doesn't agree with him, most recently his insinuation of judicial misconduct by Magistrate Judge Fitzsimmons is part and parcel of plaintiff's distorted perceptions. The plaintiff has throughout this action cast accusations of wrongdoing against the defendants, plaintiff's former attorney, defense counsel and now the court.

4. If the plaintiff is so "observant" as he contends, perhaps he should have "observed" the court's deadline for forwarding the emails by July 13th.

5. Given the plaintiff's statement that he would not be surprised to be sanctioned by the court, the defendants renew their request that the court order the plaintiff to ensure the preservation of all of his electronic emails until his anticipated appeal is resolved or dismissed.

DEFENDANTS

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Joseph A. Jordano (ct21487)
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Tel: 860-808-5340
Fax: 860-808-5383

## **CERTIFICATION**

The undersigned hereby certifies that on July 26, 2004, a true and accurate copy of the foregoing pleading was sent by First class, United States mail to:

Paul Cayer
173 Old Burrville Road
Torrington, CT 06790

_____
Joseph A. Jordano
Assistant Attorney General