```
                UNITED STATES DISTRICT COURT
                    DISTRICT OF CONNECTICUT
```
FILED
2004 AUG -2  P 12: 45
U.S. DISTRICT COURT
BRIDGEPORT, CONN

PAUL CAYER,                   :    CASE NO. 3:02CV1130(HBF)
    Plaintiff,            :
                          :
v.                            :
                          :
JAMES ROACH and               :
CHARLES SPIRIDON,             :
                          :
    Defendants.           :    July 30, 2004.


OBJECTION TO DEFENDANTS' MOTION TO DISMISS APPEAL OR IN THE ALTERNATIVE TO SEND MOTION BACK TO MAGISTRATE JUDGE FITZSIMMONS TO BE TREATED AS A MOTION FOR RECONSIDERATION

As the plaintiff, I object most strenuously to defendant's motion to dismiss my appeal or have Magistrate Judge Fitzsimmons review her own ruling.

First, let me state the obvious: A corrupt magistrate judge cannot be trusted to review her own extremely biased and corrupt decision. This is almost laughable.

Second, Magistrate Judge Fitzsimmons stated in her ruling, "This is a discovery ruling and order which is reviewable pursuant to the "clearly erroneous" statutory standard of review. 28 U.S.C. sec. 636 (b) (1) (A); Fed. R. Civ. P. 6(a), 6(e) and 72 (a): and Rule 2 of the Local Rules for United States Magistrate Judges. As such, it is an order of the Court unless reverse or modified by the DISTRICT JUDGE [my emphasis] upon motion timely made." I am entitled to the appeal process spelled out for me by the presiding magistrate judge.

Plaintiff has obtained a copy of the Local Rules of Civil Procedure and has read the Local Rules for Magistrate Judges. Attorney Jordano is again exhibiting his penchant for misrepresentation of the facts. I am clearly entitled to appeal Magistrate Judge Fitzsimmons' erroneous and grossly unfair ruling to Judge Hall.

As an observation, plaintiff is APPALLED at what passes for justice in the Fitzsimmons courtroom and in the Office of the Attorney General. Has anyone read the newspapers lately?

WHEREFORE, the plaintiff urges the Court to dismiss defendants' motion and grant my right to appeal Magistrate Judge Fitzsimmons' Discovery Rulings of July 14, 2004 to Judge Hall.

PLAINTIFF
*/s/ Paul N. Cayer/*

Paul N. Cayer, pro se
173 Old Burrville Rd.
Torrington, CT 06790
tel: 860-626-0340

---

CERTIFICATION

I hereby certify that on July 30, 2004 a copy of the foregoing was mailed to:

Joseph Jordano, AAG
55 Elm St.
PO Box 120
Hartford, CT 06141-0120

Hon. Holly B. Fitzsimmons
U.S. District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

Hon. Janet C. Hall
U.S. District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

_____
Paul N. Cayer, pro se