**Jordano, Joseph A.**

| | |
|---|---|
| From: | Paul Cayer [p_cayer@webtv.net] |
| Sent: | Thursday, July 08, 2004 11:45 AM |
| To: | fenstererc@wcsu.edu; carusoj@wcsu.edu; hagane@wcsu.edu; briggsj@wcsu.edu; harrisonj@wcsu.edu; jensena@wcsu.edu; butkusj@wcsu.edu; bergerm@wcsu.edu; ricciardih@wcsu.edu; deann@wcsu.edu |
| Cc: | roachj@wcsu.edu; spirdonc@wcsu.edu; sergim@wcsu.edu; mckayj@wcsu.edu; Jordano, Joseph A.; p_cayer@webtv.net |
| Subject: | BY ORDER OF THE COURT.... |

Dear WestConn Employees:

This is to inform you that pursuant to a production request by President Roach and Dean Spiridon in my Federal lawsuit against them, I am being ordered by the Court to disclose to them any and all personal emails concerning my lawsuit that I may have sent to you or received from you at my home email address.

I feel it is necessary to forewarn you in this matter given the actions the University has taken against me and others. Although I hope and trust that you will not be the victim of retaliatory actions by the defendants Roach and Spiridon because of any supportive comments, whether actual or perceived, you may have made to me in the past, I cannot guarantee it.
I would therefore urge you to be vigilant and to take whatever actions are appropriate in the event you are harmed by the defendants Roach and Spiridon because of this disclosure.

Sincerely,


Paul Cayer

1

EXHIBIT NO. B