----- Forwarded by Chuck Boyle/HumanResources/WCSU@WCSU on ... wcsu.com

| | | |
|---|---|---|
| Charles Spiridon | To: | Carolyn Fensterer/CTA/WCSU@WCSU |
| 01/20/04 11:32 AM | cc: | Peggy |
| Document link: Charles Spiridon | Subject: | Re: Video and letter |

Carolyn

Peggy inadvertently forgot to return the letter with the tape. She is sending it over

Chuck

| | | |
|---|---|---|
| Carolyn Fensterer Spiridon/HumanResources/WCSU@WCSU | To: | Charles |
| 01/20/04 09:53 AM | cc: | |
| | Subject: | Video and letter |

Chuck,

I am assuming that you are the one who had the videotape of Judith Altberg returned to me. Is the one I gave you and Joe Jordano? It has a sticker on it with Judith Altberg's name on it, which makes me think it might be the copy you said you were going to make. The letter, however, was not included with the tape and I would appreciate the return of that as soon as possible.

Meantime, thank you for returning the videotape and I will look forward to receiving the letter.

Carolyn I. Fensterer
Secretary to Departments of
Communications & Theatre Arts
Foreign Languages & Literatures
837-8250  (203)

1

EXHIBIT NO. C