▶ **Paul Cayer**
10/12/2000 09:23 AM
• • • • • • • • • • • • • • •

To: "Carolyn I. Fensterer" <fenstererc@wcsu.ctstateu.edu>
cc:

Subject: Re: Petition 

How about 10:30 in my office?
"Carolyn I. Fensterer" <fenstererc@wcsu.ctstateu.edu> on 10/12/2000 09:15:03 AM

   "Carolyn I. Fensterer" <fenstererc@wcsu.ctstateu.edu> on 10/12/2000 09:15:03 AM

To: Paul Cayer/HumanResources/WCSU
cc:

Subject: Re: Petition

---

That's the plan!  Already have one faculty signature.

Do you have any free time later this morning?  I have a couple of things
I'd like to show you.  Let me know.  If today isn't good -- tomorrow or
Monday would also be good.

Carolyn

EXHIBIT NO. E

191