Page 1

```
 1              UNITED STATES DISTRICT COURT
                   DISTRICT OF CONNECTICUT
 2

 3
         - - - - - - - - - - - - - -X
 4   PAUL CAYER                      :   CASE NO. 3:02CV1130 (HBF)
     VS                              :
 5   JAMES ROACH and                 :
     CHARLES SPIRIDON                :       COPY
 6       - - - - - - - - - - - - -X

 7

 8
              DEPOSITION OF:  CAROLYN I. FENSTERER
 9            DATE:  DECEMBER 30, 2003
              HELD AT:  WESTERN CONNECTICUT STATE UNIVERSITY
10            181 WHITE STREET, DANBURY, CT

11

12
     APPEARANCES:
13
     OFFICE OF THE ATTORNEY GENERAL
14   55 Elm Street
     P.O. Box 120
15   Hartford, CT  06141-0120
     By:  Joseph A. Jordano, AAG
16
17   LAW OFFICES OF KAREN LEE TORRE
     51 Elm Street, Suite 307
18   New Haven, CT  06510
     By:  Karen Lee Torre, Esq..
19
20   Also Present:
         Charles Spiridon, Defendant
21
22             Reporter:  KIRSTEN TELHIARD, LSR #391
              BRANDON SMITH REPORTING SERVICE, LLC
23                    44 Capitol Avenue
               Hartford, Connecticut  06106
24                    (860) 549-1850
                   telhiard@sbcglobal.net
25
                                        EXHIBIT NO. F
```

Page 21

1   stand.  My signature will be one of them.  See Joe Harrison,
2   possibly Erlich, Caruso, Hagan, for other hints and tips.  I
3   think we need a minimum of 50 to really make a statement.  More
4   would be nice.  Disabled students who have not been well-served
5   by that office, most certainly welcome."
6        Do you remember an e-mail like that?
7   A    I remember that.  Never happened.
8   Q    That's an e-mail he sent you suggesting a strategy, did
9   he not?
10  A    Yes.  Never happened.
11  Q    And do you remember writing him back saying, "That's the
12  plan.  Already have one faculty signature"?
13  A    Yes.
14  Q    Do you remember also saying, "Do you have any free time
15  later this morning?  I have a couple of things I would like to
16  show you.  Let me know.  Today isn't good, tomorrow or Monday
17  will also be good"?
18  A    Possibly.
19  Q    Did you meet with Mr. Cayer about the video?
20  A    Yes, I believe I showed it to him.
21  Q    And did he take the video from you, or--
22  A    No, he did not.
23  Q    Did he tell you he wanted to get this to the president
24  right away, this particular video, to raise this issue about the
25  way this girl was treated?

Cayer vs Roach

Carolyn I. Fensterer

12/30/2003

Page 22

1   A   I don't believe so, or I don't recall if he did.  But I
2   don't believe he did.
3   Q   Did you sense that he was upset about the video?
4   A   Yes.
5   Q   Let me understand this.  You're appalled by the video.
6   You show the director of human resources, and your perception is
7   that he's upset about the video?
8   A   Yes.
9   Q   But he doesn't take the video or the letter from you?
10  A   No.
11  Q   All right.  Are you aware of him passing that information
12  on about this matter to anybody above him?
13  A   I don't know.  I don't know whether he did or not.  I'm
14  not aware of it.
15  Q   Did he advise you to contact someone directly about the
16  video you saw?
17  A   Only apparently what you have there.
18  Q   Well, okay.  But I mean, I haven't heard about the
19  petition.
20  A   Yeah.
21  Q   My question was, did he ever say to you, You better send
22  that video on to the president, or you better do something right
23  away with that?  Anything like that?
24  A   I don't recall.
25  Q   Do you remember anything happening as a result of your