UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAUL CAYER, | : CASE NO. 3:02CV1130 (HBF) |
| *Plaintiff*, | : |
| v. | : |
| JAMES ROACH and | : |
| CHARLES SPIRIDON, | : |
| *Defendants*. | : August 10, 2004 |

## MOTION FOR CLARIFICATION

COMES NOW the defendants and seek a clarification of the Court's order of August 6, 2004. In that order, the court noted that it had never held GLOBALLY that "a request for emails includes emails from home computers." (Order, page 2). Is the court modifying its earlier order of July 14, 2004 directing Cayer to produce all "personal" emails he has in his possession relating to allegations in his lawsuit? It is defendant's understanding that with respect to Mr. Cayer's response in this case to defendant's discovery request, he was to produce emails from his home computer system that he sent or received from current or former WCSU employees relating to allegations in his lawsuit.

Defendants request that the court clarify whether its July 12, 2004 order directing Cayer to produce the several hundred emails he identified during the July 6, 2004 hearing includes emails from his home computer system (web tv). Based on the court's recent ruling, Mr. Cayer will interpret the court's ruling and take the position that the Court's

1

July 14, 2004 order does not include personal emails on his home computer. Therefore, a clarification is necessary.

                                                DEFENDANTS,

                                                RICHARD BLUMENTHAL
                                                ATTORNEY GENERAL

BY:            _____
                 Joseph A. Jordano
                 Assistant Attorney General
                 Federal Bar # ct21487
                 55 Elm Street, P.O. Box 120
                 Hartford, CT 06141-0120
                 Tel: (860) 808-5340
                 Fax:(860) 808-5383
                 E-mail: Joseph.Jordano@po.state.ct.us

## **CERTIFICATION**

The undersigned hereby certifies that on the 10th day of August, 2004, a true and accurate copy of the foregoing was sent by United State mail, first class postage prepaid, to the following:

Paul Cayer
173 Old Burrville Road
Torrington, CT 06790

                                         _____
                                         Joseph A. Jordano
                                         Assistant Attorney General