**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| PAUL CAYER, | : CASE NO. 3:02CV1130(HBF) |
| *Plaintiff*, | : |
| v. | : |
| JAMES ROACH and | : |
| CHARLES SPIRIDON, | : |
| *Defendants*. | : August 12, 2004 |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTIONS**

COMES NOW the defendants and for their response to the plaintiff's motions for clarification and order prohibiting destruction of evidence, dated August 12, 2004, state the following.

The defendants have no objection to the court clarifying its ruling of August 6, 2004, as the defendants have filed a similar motion. It is not surprising that Paul Cayer has interpreted the court's ruling in a manner to ascribe negative motives to the court. To defendant counsel's understanding, there are <u>no</u> personal emails from home computers for Charles Spiridon, Barbara Barnwell, Dr. James Roach and Dr. Amin-Wright relating to Cayer. Apparently, none of these individuals bothered to use a home computer to communicate about Cayer, no doubt because the last thing they wanted to think about during there personal time off was his accusatory babble. (See exhibit "A" attached hereto). So the only remaining issue concerns the <u>hundreds of emails that Cayer identified</u> during the July 6, 2004 hearing, which the court have ordered produced by Cayer.

Regarding the Court's order of August 6, 2004 regarding the defendants' compliance with the plaintiff's discovery request of January 29, 2004, the defendants

have prepared a formal response and will produce the records that have already been produced for the plaintiff's inspection. Regarding calendars from Dr. Amin-Wright, when the plaintiff visited in April, defense counsel communicated to Cayer that Dr. Wright was looking to see if she had any old calendars. Dr. Wright confirms that she has no such calendars in her possession because she does not keep those records. (See Exhibit "B" attached). Furthermore, Dr. Amin Wright is not the subject of this lawsuit. The legal issue is whether Cayer was retaliated against for his assertions about the treatment of Helen Main and various other pronouncements by him.

 Regarding Cayer's attachment to his motion for clarification, it is mystifying what exactly in the July 6, 2004 transcript is so alarming. Defense counsel asked the court to inquire if Mr. Cayer's attorney had obtained a copy of his medical records in response to the defendants' discovery request. Cayer responded in the affirmative and then went into some unintelligible argument about the propriety of Attorney Karen Lee Torre sending Cayer's medical records back to him after she was fired as his counsel. This entire issue is not material to the case at hand.

 In addition, Cayer's fixation with repeated attempts by the state computer software to deliver an email from defense counsel to the address listed on one of Cayer's emails back in early 2004 is laughable. If Mr. Cayer bothered to be correctly informed, he would know that the state computer software system is "programmed" to make a pre-set number of attempts to deliver emails before generating an error message. Much to Cayer's probable amazement, defense counsel did not, and would not, waste his time sending repeated emails to the same address. But ruefully, for Paul Cayer such assertions are the type of fantasies from which his conspiracies are spun. Again, whether counsel

sent Cayer repeated emails is not material to the case. What is material is Cayer's mental state because he is the person who has brought this action.

For all of the above reasons that defendants request that the Court clarify its August 6, 2004 order as it sees fit and deny the plaintiff's other frivolous motions.

                                    DEFENDANTS,

                                    RICHARD BLUMENTHAL
                                    ATTORNEY GENERAL

BY: _____
        Joseph A. Jordano
        Assistant Attorney General
        Federal Bar # ct2187
        55 Elm Street, P.O. Box 120
        Hartford, CT 06141-0120
        Tel: 860-808-5340
        Fax: 860-808-5383
        email: Joseph.Jordano@po.state.ct.us

## **CERTIFICATION**

The undersigned hereby certifies that on the 12th day of August, 2004, a true and accurate copy of the foregoing was sent by United State mail, postage prepaid, to the following:

Paul Cayer
173 Old Burrville Road
Torrington, CT 06790

                                    _____
                                    Joseph A. Jordano
                                    Assistant Attorney General