**Jordano, Joseph A.**

| | |
|---|---|
| **From:** | Charles Spiridon [spiridonc@WCSU.EDU] |
| **Sent:** | Friday, July 09, 2004 12:47 PM |
| **To:** | Jordano, Joseph A. |
| **Cc:** | President James Roach; Barbara Barnwell |
| **Subject:** | Re: FW: Production Request - Emails |

Joe

I have spoke with the President and Barbara Barnwell and neither of them have any personal
email messages in response to this production request.
As I mention to you on the phone yesterday, I do not have email messages either.

Dr. Anim-Wright is on vacation today.  As soon as I hear back from her, Ill let you know,

Chuck


| | "Jordano, Joseph A." | | |
| | <Joseph.Jordano@po.s | To: | "Charles Spiridon" |
| <spiridonc@WCSU.EDU> | | | |
| | tate.ct.us> | cc: | |
| | | Subject: | FW: Production Request - |
| Emails | | | |
| | 07/08/04 05:37 PM | | |


-----Original Message-----
From: Paul Cayer [mailto:p_cayer@msn.com]
Sent: Wednesday, July 07, 2004 1:24 PM
To: Jordano, Joseph A.
Cc: p_cayer@webtv.net
Subject: RE: Production Request - Emails



----Original Message Follows----
From: "Jordano, Joseph A." <Joseph.Jordano@po.state.ct.us>
To: "Paul Cayer" <p_cayer@msn.com>
Subject: RE: Production Request - Emails
Date: Wed, 7 Jul 2004 13:00:42 -0400

You are not entitled to any paper discovery. I filed my request for the documents in
October 2003 pursuant to Rule 34 of FRCP before discovery closed. Absent a court order,
the defendants' will not comply with this untimely and inappropriate request. This is not
wishlist time Mr. Cayer.
Very truly yours.

-----Original Message-----
From: Paul Cayer [mailto:p_cayer@msn.com]
Sent: Wednesday, July 07, 2004 7:45 AM
To: Jordano, Joseph A.
Cc: p_cayer@webtv.net

1

EXHIBIT NO. A

**Jordano, Joseph A.**

| | |
|---|---|
| **From:** | Charles Spiridon [spiridonc@WCSU.EDU] |
| **Sent:** | Monday, July 12, 2004 9:16 AM |
| **To:** | Jordano, Joseph A. |
| **Cc:** | Koryoe Anim-Wright |
| **Subject:** | Re: FW: Production Request - Emails |


Joe

I have spoken with Dr. Anim-Wright and she does not have any personal emails as requested
below by Mr. Cayer.

Chuck


"Jordano, Joseph A."
<Joseph.Jordano@po.s                To:         "Charles Spiridon"
<spiridonc@WCSU.EDU>
tate.ct.us>                         cc:
                                    Subject:  FW: Production Request -
Emails
07/08/04 05:37 PM


-----Original Message-----
From: Paul Cayer [mailto:p_cayer@msn.com]
Sent: Wednesday, July 07, 2004 1:24 PM
To: Jordano, Joseph A.
Cc: p_cayer@webtv.net
Subject: RE: Production Request - Emails


----Original Message Follows----
From: "Jordano, Joseph A." <Joseph.Jordano@po.state.ct.us>
To: "Paul Cayer" <p_cayer@msn.com>
Subject: RE: Production Request - Emails
Date: Wed, 7 Jul 2004 13:00:42 -0400

You are not entitled to any paper discovery. I filed my request for the documents in
October 2003 pursuant to Rule 34 of FRCP before discovery closed. Absent a court order,
the defendants' will not comply with this untimely and inappropriate request. This is not
wishlist time Mr. Cayer.
Very truly yours.

-----Original Message-----
From: Paul Cayer [mailto:p_cayer@msn.com]
Sent: Wednesday, July 07, 2004 7:45 AM
To: Jordano, Joseph A.
Cc: p_cayer@webtv.net
Subject: Production Request - Emails

## Jordano, Joseph A.

**From:**  Koryoe Anim-Wright [AnimWrightK@WCSU.EDU]
**Sent:**  Thursday, August 12, 2004 2:56 PM
**To:**  Jordano, Joseph A.
**Subject:** Diaries


Asst. Atty. Jordano:

In response to your request about my diaries for the period of time that Helen Main worked for me,
please note that I have looked for them and can inform you that I don't have the diaries in my
possession.

The above statement is based on the following:

I initially looked for the diaries in January when I received a request from Chuck Spiridon. I have
since looked again and have been unable to locate them, which is not unusual since I typically don't
keep diaries past the year of their usage.

Dr. G. Koryoe Anim-Wright
Director, Office of University Relations
Western Connecticut State University
Danbury, CT  06810
Phone:  (203) 837-8771


EXHIBIT NO. _B_

8/12/2004