UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PAUL CAYER : CASE # 3:02CV1130(HBF)
:
v. :
:
JAMES ROACH and :
CHARLES SPIRIDON : August 12, 2004.

### PLAINTIFF'S MOTION FOR CLARIFICATION

As the plaintiff, I request clarification of the Court's order of August 6, 2004. In that order, Judge Fitzsimmons stated that it had never held GLOBALLY that "a request for emails includes emails from home computers." Let me see if I have this right: Judge Fitzsimmons has ruled that a production request for emails submitted by the DEFENDANTS means personal emails from plaintiff's home computer in addition to emails from WestConn computers. The Judge has ruled that a production request for emails submitted by the PLAINTIFF means emails from WestConn computers ONLY. Plaintiff finds the bias of Judge Fitzsimmons to be especially striking in this ruling. Amazing, actually. STUNNING really, in its unabashed bias against the plaintiff.

Plaintiff also observes that Attorney Jordano fancies himself as quite the armchair psychiatrist. Plaintiff wonders if Mr. Jordano has self-diagnosed his own pathology: obsessive-compulsive disorder (sending an email 48 times to an address that keeps rejecting him, sending a fax multiple times, just to "make sure"). Plaintiff hopes he's not self-treating, because it's not working. Such serious psychiatric disorders are best left to professionals.

WHERFORE, the plaintiff continues to be AMAZED and AMUSED at what passes for justice in the courtroom of Judge Fitzsimmons and the Office of the Attorney General.

PLAINTIFF,

*[signature]*

Paul N. Cayer, pro se
173 Old Burrville Rd.
Torrington, CT 06790
tel: 860-626-0340

---

### CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing was mailed on August 12, 2004 to:

Joseph Jordano, AAG
55 Elm St.
PO Box 120
Hartford, CT 06141-0120

*[signature]*
Paul N. Cayer