AUG 13 2004

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



PAUL CAYER                    :    CASE # 3:02CV1130(HBF)
                              :
v.                            :
                              :
JAMES ROACH and               :
CHARLES SPIRIDON              :    August 12, 2004.

MOTION FOR ORDER PROHIBITING DEFENDANTS FROM DESTROYING OR ALTERING DOCUMENTS

As the plaintiff, I request that the Court issue an ORDER to the Defendants prohibiting them from altering or destroying "any and all schedules, diaries, and calendars reflecting the activities, appointments and work schedule of Dr. Anim-Wright." In addition, plaintiff requests that such prohibition be applied to any WestConn employee, or agent of any WestConn employee, who may attempt to destroy or alter such records.

Mr. Jordano's recent statements concerning the status of those documents are LIES. When plaintiff went to review documents in Jordano's office on April 5, 2004, he came upon the documents related to Dr. Anim-Wright. There was a yellow post-it attached to the front page of those documents which said "Calendars and diaries forthcoming." I spoke to Mr. Jordano immediately after reading that post-it, and he reiterated that he did not yet have the calendars and diaries of Anim-Wright but that they would be forthcoming. I have never received them. They were NOT included with the material I reviewed in his office. He NEVER told me that such items did not exist. If he were to claim NOW that such items no longer exist, it would mean that they have been IMPROPERLY DESTROYED.

Attorney Jordano continues to tell LIE after LIE after LIE after LIE with total impunity. Judge Fitzsimmons merely "winks".

WHEREFORE, the plaintiff requests that the Court issue an ORDER to the defendants prohibiting the destruction or alteration of such documents.

PLAINTIFF,

PAUL N. CAYER, pro se
173 Old Burrville Rd.
Torrington, CT 06790
tel: 860-626-0340

---

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on August 12, 2004 to:

AAG Joseph Jordano
55 Elm St.
PO Box 120
Hartford, CT 06141-0120

Paul N. Cayer