UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PAUL CAYER                    :    CASE NO. 3:02CV1130(HBF)

v.                            :

JAMES ROACH and               :
CHARLES SPIRIDON              :    August 15, 2004.

MOTION FOR HEARING ON THE RECORD TO INVESTIGATE DISAPPEARANCE OF EVIDENCE

As the plaintiff, I request that the Court hold a hearing on the record to investigate the disappearance of documents which are the subject of plaintiff's production request, specifically, "any and all schedules, diaries, and calendars reflecting the activities, appointments, and work schedule of Dr. Anim-Wright during the two year period when Helen Main worked for her." In the Court's Discovery Ruling of August 6, 2004, Judge Fitzsimmons ruled that I am entitled to these documents. Plaintiff wryly notes that Judge Fitzsimmons, after granting plaintiff's motion, hinted that such records may no longer exist. I believe Judge Fitzsimmons may have attended one of the better schools of clairvoyance, because a day after receiving her ruling, I reveived a copy of "Defendants' Response" from Atty. Jordano which stated, incredibly, and to my great surprise, that SUCH RECORDS NO LONGER EXIST!

A production request for those records was issued on January 22, 2004. The defendants did NOT object to the production request at that time. When I visited the A.G.'s Office on April 5, 2004, Atty. Jordano told me they were forthcoming. The records requested were germane to the issue of fraudulent attendance reporting and comp. time accrual by Dr. Anim-Wright, an issue that has not only been covered up by the University, but by the Attorney General's Office as well. Such an issue was previously brought up by Helen Main prior to her discharge from Western Connecticut State University.

WHEREFORE, the plaintiff requests that a hearing be held on the record for determining whether such records have been improperly destroyed or withheld, and the role that the Attorney General's Office may have played in their disappearance.

PLAINTIFF,

/s/ Paul Cayer

PAUL N. CAYER, pro se
173 Old Burrville Rd.
Torrington, CT 06790
tel: 860-626-0340

---

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed August 15, 2004 to:

AAG Joseph Jordano
55 Elm St.
PO Box 120
Hartford, CT 06141-0120

/s/ Paul Cayer
Paul N. Cayer