UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAUL CAYER, | : CASE NO. 3:02CV1130(HBF) |
|    *Plaintiff*, | : |
| v. | : |
| JAMES ROACH and<br>CHARLES SPIRIDON, | : |
|    *Defendants*. | : August 19, 2004 |

**DEFENDANTS' REPONSE TO PLAINTIFF'S MOTION FOR HEARING REGARDING THE ALLEGED DISAPPEARANCE OF EVIDENCE**

COMES NOW the defendants and respond to the plaintiff's claim that evidence was destroyed deny the plaintiff's assertion. Mr. Cayer's recollection of events when his visited the Attorney General's office in April 2004 is, as usual, skewed. When Cayer visited the Attorney General's office, he was told that "IF" Dr. Amin-Wright still had her daily planners they would be forthcoming. He was informed that Dr. Wright was looking for the calendars/planners that dated back several years. Dr. Wright then informed Dean Spiridon, who informed counsel, that the calendars were no longer in her possession because she did not keep them. Counsel them asked Dr. Wright to confirm this fact in writing, which she did. A copy of her e-mail has been presented to the court in connection with the defendants' response to Cayer's motion to compel.

Even if the calendars still existed, there is the issue of relevancy. Helen Main' CHRO complaint and arbitration cannot be re-litigated as part of this case. Helen Main's contentions were rejected by both the CHRO through a No Reasonable Cause finding and by an independent arbitrator. The independent arbitrator found that Main was dismissed

1

for just cause. Cayer testified at both proceedings. The issues raised by Cayer regarding Dr. Amin Wright appear to be an attempt to deflect the focus from his own behavior while he was at WCSU and after he took over his own representation in this case.

    The defendants' will not respond to Cayer's August 11, 2004 filing except to say that only in Mr. Cayer's distorted world can an innocent question from the court about whether Cayer had obtained a copy of his files and medical records from his attorney be contorted into some type of conspiracy. The July 6, 2004 transcript proves nothing. Regretfully, Mr. Cayer's behavior only serves to delay this case from moving forward, which perhaps is what he wants.

    For the above reasons, the plaintiff's motion for a hearing should be denied.

DEFENDANTS,

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Joseph A. Jordano
Assistant Attorney General
Federal Bar # ct21487
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: 860-808-5340
Fax: 860-808-5383
E-mail: Joseph.Jordano@po.state.ct.us

## **CERTIFICATION**

The undersigned hereby certifies that on the 19th day of August 2004, a true and accurate copy of the foregoing was sent by United State mail, postage prepaid, to the following:

Paul Cayer
173 Old Burrville Road
Torrington, CT  06790

>                                    _____
>                                     Joseph A. Jordano
>                                     Assistant Attorney General