UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PAUL CAYER            : CASE NO. 3:02CV1130(HBF)

v.                    :

JAMES ROACH and       :
CHARLES SPIRIDON      : August 20 2004.

FILED

2004 AUG 23 P 3: 45

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

PLAINTIFF'S OBJECTION TO JUDGE FITZSIMMONS' EX PARTE COMMUNICTIONS WITH OPPOSING COUNSEL AND FORMER COUNSEL AND REQUEST FOR HEARING

As the plaintiff, I OBJECT to Judge Fitzsimmons' repeated ex parte communications with opposing counsel AAG Jordano and former counsel Atty. Karen Torre. Judge Fitsimmons has clearly communicated ex parte with these individuals on several matters, including the outstanding production request for Anim-Wright's records, the whereabouts of defendant James Roach, and the issue of whether my psychiatric records were in my possession.

Plaintiff maintains that such communications are PROHIBITED by the rules of judicial conduct. Such communications have HARMED the plaintiff and have worked to the detriment of a fair and unbiased adjudication of his case.

WHEREFORE the plaintiff OBJECTS to all ex parte communications between Judge Fitzsimmons and opposing counsel and former counsel for the plaintiff, and requests a hearing ON THE RECORD concerning such communications.

PLAINTIFF,

Paul N. Cayer, pro se
173 Old Burrville Rd.
Torrington, CT 06790
tel: 860-626-0340

---

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed August 20, 2004 to:

Joseph Jordano AAG
55 Elm St.
PO Box 120
Hartford, CT 06141-0120

Paul N. Cayer