**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| PAUL CAYER, | : CASE NO. 3:02CV1130 (HBF) |
| *Plaintiff*, | : |
| v. | : |
| JAMES ROACH and | : |
| CHARLES SPIRIDON, | : |
| *Defendants*. | : August 20, 2004 |

**DEFENDANTS' RESPONSE TO PLAINTIFF OBJECTION**
**TO JUDICIAL EX PARTE COMMUNICATIONS**

COME NOW the defendants and respond to yet another frivolous motion by the plaintiff and state the following:

Honorable United States District Court of Connecticut Magistrate Judge Holly B. Fitzsimmons has had no improper ex parte communications with defense counsel. Communications between defense counsel and the judge occurred during one telephonic conversation when Mr. Cayer was present at the Office of the Attorney General and the two court hearings on the record in April and July 2004.

Defense counsel and Judge Fitzsimmons have not spoken ex parte about the plaintiff's discovery requests, his possession of his psychological records or the whereabouts of James Roach.

The plaintiff's latest motion is but one in a series of irrational and frivolous accusations. When did these alleged ex parte communications between Judge Fitzsimmons and defense counsel or attorney Karen Lee Torre occur? What is the plaintiff's evidence of these alleged conversations? His only evidence consists of his

1

imagination and suspicions because the court asked him during the July 6, 2004 hearing whether he had obtained copies of his files from Attorney Torre.

For some mysterious reason, the plaintiff seems insistent on attempting to intimidate or alienate the court through his scurrilous accusations. On more than one occasion, the plaintiff has communicated libelous and slanderous statements about the Judge and Defense Counsel for which he could be held personally liable.

For the above reasons, the plaintiff's motion for a hearing regarding alleged ex parte communications should be denied.

                                              DEFENDANTS,

                                              RICHARD BLUMENTHAL
                                              ATTORNEY GENERAL

BY: _____
      Joseph A. Jordano
      Assistant Attorney General
      Federal Bar # ct21487
      55 Elm Street, P.O. Box 120
      Hartford, CT 06141-0120
      Tel: (860) 808-5340
      Fax: (860) 808-5383
      E-mail: Joseph.Jordano@po.state.ct.us

## **CERTIFICATION**

The undersigned hereby certifies that on the 20TH day of AUGUST, 2004, a true and accurate copy of the foregoing was sent by United State mail, postage prepaid, to the following:

Paul Cayer
173 Old Burrville Road
Torrington, CT 06790

                                              _____
                                              Joseph A. Jordano
                                              Assistant Attorney General