UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PAUL CAYER              : CASE NO. 3:02CV1130(HBF)
                        :
v.                      :
                        :
JAMES ROACH and         :
CHARLES SPIRIDON        : September 30, 2004

FILED
2004 OCT -1 P 12: 25
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

MOTION TO REINSTATE ORAL ARGUMENT

As the plaintiff, I request that the Court reinstate oral argument for the outstanding motions which had been scheduled for today, September 30th. I received a voicemail which informed me that oral argument was being cancelled. Attorney Jordano received a message which had more information - that rulings would be issued in the near future without oral argument.

I object to the cancelling of oral argument. Given the bias of this Court against this pro se plaintiff, I had counted on oral argument to present a compelling argument for each of my outstanding motions. The fact that the Court chose to abruptly cancel the oral argument after receiving my letter tells me the Court was uncomfortable with hearing the facts and arguments I was about to present.

WHEREFORE, the plaintiff requests that oral argument be reinstated since failure to do so denies me due process, and will work to the detriment of a fair and impartial adjudication of my case.

PLAINTIFF

PAUL N. CAYER, pro se
173 Old Burrville Rd.
Torrington, CT 06790
tel: 860-626-0340

---

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed September 30, 2004 to:

AAG Joseph Jordano
55 Elm St.
PO BOX 120
Hartford, CT 06141-0120

Paul N. Cayer, pro se