UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAUL CAYER, | : | CASE NO. 3:02CV1130 (HBF) |
| *Plaintiff*, | : | |
| v. | : | |
| JAMES ROACH  and | : | |
| CHARLES SPIRIDON, | : | |
| *Defendants*. | : | October 14, 2004 |

## MOTION TO COMPEL COMPLIANCE

COMES NOW the defendants and request an order compelling the plaintiff to provide to the court a copy of all medical records identified in the court's October 6, 2004 order.

1. The plaintiff was ordered to produce " copies of his treatment records from Dr. Romanos and records of any other medical provider in his possession."

2. During the April 20, 2004 hearing before the court, the plaintiff represented that his attorney had sent him a copy of his medical records. He then sent the records back to Dr. Romanos.

3. The plaintiff is in the best position to execute the necessary waivers and obtain his records directly from Dr. Romanos and the other medical providers.

4. The court should not permit the plaintiff to circumvent the purpose of the court's order because he sent the medical records back to Dr. Romanos.

5. The plaintiff continues to delay and obfuscate on this issue.

6. The plaintiff has made it clear that he will resist a subpoena to Dr. Romanos. Also, only the plaintiff can identify what other medical treatment he received that complies with the defendants' discovery request.

    7.    The plaintiff should be ordered to produce a copy of his medical records to the court forthwith for in camera review.

WHEREFORE, the defendants request that the court issue and order compelling the plaintiff to do the following:

1. Provide copies of his medical records identified by the court in its October 6, 2004 order;

2. Require that the plaintiff provide the court with an affidavit that he has produced records to the court from ALL medical providers who treated him consistent with the defendant's discovery request for his psychological records.

        DEFENDANTS,

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

BY:   _____
        Joseph A. Jordano  (ct 21487)
        Assistant Attorney General
        55 Elm Street, P.O. Box 120
        Hartford, CT 06141-0120
        Tel: 860-808-5340
        Fax: 860-808-5383
        E-mail: Joseph.Jordano@po.state.ct.us

## **CERTIFICATION**

The undersigned hereby certifies that on the 14th day of October, 2004, a true and accurate copy of the foregoing was sent by United State mail, postage prepaid, to the following:

Paul Cayer, pro se
173 Old Burrville Road
Torrington, CT  06790

                                                                                                        _____
                                                                                                        Joseph A. Jordano
                                                                                                        Assistant Attorney General