UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAUL CAYER | : |
| v. | : CIV. NO. 3:02CV1130 (HBF) |
| JAMES ROACH, CHARLES SPIRIDON | : |

FILED
2004 OCT 19 A 8: 50

### ORDER

Both parties have communicated with the Court through letters which are outside the record. Henceforth, the parties will submit all communications to the Court in motion form so that they will be part of the record.

The Clerk of the Court will docket the attached letters.

SO ORDERED at Bridgeport this 18th day of October 2004.

HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE