**E-mail message**

From:    p_cayer@webtv.net (Paul Cayer)
Date:    Wed, Feb 25, 2004, 8:49am
To:      p_cayer@webtv.net
Subject: (no subject)

                                     173 Old Burrville Rd.
                                     Torrington, CT 06790

February 25, 2004.

Hon. Holly B. Fitzsimmons
U.S. District Court
Brien McMahon Federal Building
915 Lafayette Blvd.
Bridgeport, CT 06604

PRIORITY MAIL

RE: Paul Cayer v. James Roach
    and Charles Spiridon
    Civil Action No. 3:02CV1130(JCH)

Dear Judge Fitzsimmons,

This is to inform you that my attorney, Karen Lee Torre, is withdrawing as my counsel effective February 18, 2004. I have discovered that Attorney Torre has engaged in unethical conduct. I do not wish for her to have anything to do with my case after February 18th, the date on which I notified her that I would be filing a judicial grievance against her.

I will be handling my case pro se, and I so informed Assistant Attorney General Jordano of this fact on February 18, 2004. It is important that we meet soon to discuss how my case will proceed. There are several issues that need urgent attention.

Thank you for your attention to this matter.

Sincerely,

*[signature]*

Paul N. Cayer