**E-mail message**

CHAMBERS
HOLLY B. FITZSIMMONS
U.S. MAGISTRATE JUDGE

From:     p_cayer@webtv.net (Paul Cayer)
Date:     Fri, Mar 5, 2004, 10:45am
To:       p_cayer@webtv.net
Subject:  (no subject)

2004 MAR -8  P 12: 20

173 Old Burrville Rd.
Torrington, CT 06790      RECEIVED

March 5, 2004.

Hon. Holly Fitzsimmons
U.S. District Court
Brien McMahon Federal Building
915 Lafayette Blvd.
Bridgeport, CT 06604

PRIORITY MAIL

RE: Paul Cayer v. James Roach
    and Charles Spiridon
    Civil Action No. 3:02CV1130(JCH)

Dear Judge Fitzsimmons,

For some reason, Attorney Torre is taking her time withdrawing as my counsel. I fired her for unethical conduct on February 18, 2004, yet her Motion to Withdraw wasn't filed until March 2, 2004, almost two weeks later! It is my intention that she have nothing whatsoever to do with my case after Febuary 18th. I urge you to please immediately acknowledge both her withdrawal and the fact that I am now handling my case pro se. I need to move my case fgorward, and I cannot do this until her withdrawal has been acknowledged by you.

Thank you for your attention to this matter.

Sincerely,

Paul N. Cayer