173 Old Burrville Rd.
Torrington, CT 06790
April 21, 2004.

Hon. Holly B. Fitzsimmons
U.S. District Court
Brien McMahon Federal Building
915 Lafayette Blvd.
Bridgeport, CT 06604

PRIORITY MAIL

RE: Paul Cayer v. James Roach and Charles Spiridon
    Case # 3:02CV1130(HBF)

Dear Judge Fitzsimmons,

I feel it is important to tell you that Attorney Jordano lied to you yesterday when he tried to cover-up evidence of his "sweetheart arrangement" with my former attorney Karen Torre. Mr. Jordano stated yesterday, and I know the transcript will verify, that the February 18, 2004 Re-Notice of Deposition ( Feb. 18 was also the day I fired Atty. Torre) requested that I bring with me to the deposition my medical records. If you look at that notice you will see that it listed ONLY documents related to mitigation of damages. This is a very important point since the document as written was clearly intended to convey to me that a settlement was imminent. A request that I bring my medical records would have had the opposite effect. Attorney Jordano was clearly attempting to deceive the Court in the matter of his inappropriate relationship with my attorney. It was this inappropriate relationship which caused me to fire her, and is the reason why I am requesting the opportunity to conduct my own depositions.

In addition, I believe Mr. Jordano may have attempted yesterday to characterize my conduct at his office recently as something other than cordial and civil. He is trying to "invent" reasons why my medical records should be disclosed. I can assure you that my conduct at his office on both days I was there reviewing documents was exemplary. I am sure his assistant and the two other gentlemen to whom I was introduced will attest to that. I did avoid any extended discussions with Atty. Jordano, since he has given me no reason to trust him. Furthermore, it was Atty. Jordano himself who informed me right after I became pro se that all of our communications would be in writing (per department policy regarding pro se plaintiffs) with the exception of brief telephone calls to schedule meetings.

I bring these facts to your attention, Your Honor, since I feel they are pertinent to the issues you are currently deciding.

Sincerely,

Paul N Cayer, Pro Se
173 Old Burrville Rd.
Torrington, CT 06790
phone: 860-626-0340

---

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed April 22, 2004 to:

Joseph Jordano
Assistant Attorney General
55 Elm St., PO Box 120
Hartford, CT 06141

Paul N. Cayer