173 Old Burrville Rd.
Torrington, CT 06790
April 26, 2004.

CHAMBERS
HOLLY B. FITZSIMMONS
U.S. MAGISTRATE JUDGE

Hon. Holly B. Fitzsimmons
U.S. District Court
Brien McMahon Federal Bldg.
915 Lafayette Blvd.
Bridgeport, CT 06604

2004 APR 27 P 12: 38

RE: Paul Cayer v. James Roach and Charles Spiridon
Case # 3:02CV1130(HBF)

Dear Judge Fitzsimmons,

RECEIVED

In light of Attorney Jordano's recent conduct, including his statements made on the record at the April 20, 2004 status conference, I respectfully request that all future conferences be in person and on the record. At our next meeting, I particularly want to ask Mr. Jordano a VERY important question regarding an incident at his office on April 5, 2004, the day I was there reviewing documents. I would like his response to my question to be on the record.

Sincerely,

Paul N. Cayer, pro se
173 Old Burrville Rd.
Torrington, CT 06790
phone: 860-626-0340

cc: Attorney General Richard Blumenthal

---

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed April 26, 2004 to:

Joseph Jordano
Assistant Attorney General
55 Elm St.
PO Box 120
Hartford, CT 06141

_____
Paul N. Cayer