173 Old Burrville Rd.
Torrington, CT 06790
June 3, 2004

Hon. Holly B. Fitzsimmons
U.S. District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

RE: Paul Cayer v. James Roach and Charles Spiridon
    Case # 3:02CV1130(HBF)

Dear Judge Fitzsimmons,

As you know I have previously presented a motion to have James Roach and Barbara Barnwell deposed. I feel it is important for you to know that Dr. Roach is retiring from Western Connecticut State Universty on July 1, 2004, just a few weeks away. It is my understanding that Dr. Roach is planning to move out of state. Furthermore, based upon my own past experience with him, he may even try to take a trip out of the country to avoid testifying. Consequently, I respectfully request that your Honor issue a ruling in the matter of my request to depose him. I originally made the request to Attorney Jordano on February 20, 2004, and filed a formal motion on March 29, 2004.

Sincerely,

Paul N. Cayer, pro se
173 Old Burrville Rd.
Torrington, CT 06790
phone: 860-626-0340

-------------------------------------------------------------

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed June 3, 2004 to:

Joseph Jordano
Assistant Attorney General
55 Elm St.
PO Box 120
Hartford, CT 06141

Paul N. Cayer