RICHARD BLUMENTHAL
ATTORNEY GENERAL



HOLLY B. FITZSIMMONS
U.S. MAGISTRATE JUDGE

2004 JUL -8  A 11: 58

RECEIVED

55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Office of The Attorney General
## State of Connecticut

Tel: ( 860 ) 808-5340
Fax: (860) 808-5383

July 7, 2004

United States Magistrate Judge
Holly B. Fitzsimmons
United States District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

RE: **Cayer v. Roach, 3:02CV1130(HBF)**

Dear Judge Fitzsimmons:

    Mr. Cayer has apparently interpreted your order instructing him to produce the emails he sent to WCSU employees that were requested by the defendants in discovery as an open invitation for him to initiate his own new request for documents. His attached email demands emails from my clients that were not requested through discovery under Rule 34.

    Given Mr. Cayer's propensity to misinterpret matters and to avoid any confusion, I request that your order relating to discovery clarify that Mr. Cayer's right to additional discovery be limited to the two depositions he requested from the court.

    Thank you.

Very truly yours,

Joseph A. Jordano
Assistant Attorney General

cc:    Paul Cayer, pro se
       173 Old Burrville Road
       Torrington, CT  06790

Jordano, Joseph A.

| | |
|---|---|
| From: | Paul Cayer [p_cayer@msn.com] |
| Sent: | Wednesday, July 07, 2004 7:45 AM |
| To: | Jordano, Joseph A. |
| Cc: | p_cayer@webtv.net |
| Subject: | Production Request - Emails |

Attorney Jordano,

Now that we have established that production requests for emails includes personal emails sent on home computers, I will need the following items as requested in my August 29, 2003 Production Request to the defendants:

1. Spiridon's personal emails to (and from) any University employee (current or former) concerning me, my job performance, or any of my allegations.

2. Barnwell's personal emails to other persons (whether University employees or not) regarding me or Helen Main.

3. Anim-Wright's personal emails to other persons (whether University employees or not) concerning me or Helen Main.

4. Roach's personal emails to (and from) Jakabauski concerning me.

5. Roach's personal emails to Spiridon concerning me.

6. Roach's personal emails to (and from) Cibes concerning me.

7. Spiridon's personal emails to (and from) William Cibes.

Please respond.

Thank you,

Paul Cayer

Ex. A.

1