

RICHARD BLUMENTHAL
ATTORNEY GENERAL

Office of The Attorney General
## State of Connecticut

55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Tel: (860) 808-5340
Fax: (860) 808-5383

July 12, 2004

United States Magistrate Judge
Holly B. Fitzsimmons
United States District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

RE: **Cayer v. Roach**, 3:02CV1130(HBF)

Dear Judge Fitzsimmons:

    I am writing in response to Mr. Cayer's letters to you of July 8, 2004 accusing me of wrong doing. It is regretful that I have to continually respond to such unfounded accusations by Mr. Cayer, but given the inaccuracies and unfounded allegations in his letter, I feel compelled to respond.

    The first accusation relates to a letter I provided to Mr. Cayer when he visited our office on April 5, 2004. Mr. Cayer spent two days at our office and reviewed several thousand pages of documents the defendants produced in response to Mr. Cayer's discovery requests. The first time I learned of a letter involving WCSU student Judith Altberg was during the deposition of Ms. Fensterer or Ms. Riccardi, two WCSU employees. The letter was subsequently produced to the University voluntarily by the witness. When Mr. Cayer asked me about the letter, given the numerous cases I handle and the numerous documents in his case, I asked him to clarify to which letter he was speaking about. I did not readily recall the letter but told him that I would look into the matter. I then called Dean Spiridon and through our conversation we identified the letter to which Mr. Cayer was referring. Dean Spiridon then immediately faxed me a copy of the letter and I provided Mr. Cayer with a copy forthwith. There is no cover up and no attempt to obstruct justice.

Honorable Holly B. Fitzsimmons
United States District Court Magistrate Judge
July 12, 2004
Page 2

   The second issue relates to Dr. Roach's retirement date. As you recall, when Mr. Cayer raised the issue of Dr. Roach's retirement date at the July 6th hearing, I checked with Dean Spiridon (who was present) and he corrected my misunderstanding that Dr. Roach's last official day of work would be July 31, not July 1. It was a simple error that was immediately corrected. There was no attempt to mislead anyone. Also, I had not shared the position statement with Dean Spiridon before I delivered it to you believing that my understanding of Dr. Roach's status was correct. So Mr. Cayer's assertion that Dean Spiridon made a misrepresentation is also false.

   Thank you.

                Very truly yours,

                Joseph A. Jordano
                Assistant Attorney General

cc: Paul Cayer, pro se
   173 Old Burrville Road
   Torrington, CT 06790

   Richard Blumenthal, AG
   Margaret Chapple, AAG
   Charles Spiridon, WCSU (via fax)