173 Old Burrville Rd.
Torrington, CT 06790

July 20, 2004.



2004 JUL 21  A 11: 56

Hon. Holly B. Fitzsimmons
U.S. District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

RE:  Cayer v. Roach, Case # 3:02CV1130(HBF)

RECEIVED

Dear Judge Fitzsimmons,

This is to infom you I will be appealing your entire Discovery Ruling of July 14, 2004 to Judge Hall.  My appeal will include your order to produce my personal emails.  Please note that I was not informed of my right to appeal that order until I received your Discovery Ruling on July 15, 2004.

Sincerely,

Paul N. Cayer, pro se

cc:  Joseph Jordano, AAG