173 Old Burrville Rd.
Torrington, CT 06790

July 20, 2004.

Hon. Holly B. Fitzsimmons
U.S. District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

RE:   Case# 3:02CV1130(HBF)

Dear Judge Fitzsimmons,

I have received the attached Order Returning Submission from you of 7/15/04.  Please know that the original motion that I sent without the attachments had original signatures and certificate of service.  However, I have re-signed the documents and returned them to the Clerk.

On the matter of the double-spacing and one-inch margins, I have previously informed the Court that since I do not have a computer but only an internet appliance, I am unable to do double-spacing and margins.  I am doing the best I can with the equipment that I have.  Until now, the Court has accepted all of my pleadings as submitted.  To reject such pleadings now at this juncture in the adjudication of my complaint strikes me as punitive.

The appeal to Judge Hall which I am in the process of preparing will be in the format which I have previously submitted, and which the Court has found acceptable.

Sincerely,

Paul N. Cayer, pro se