173 Old Burrville Rd.
Torrington, CT 06790
September 20, 2004.

Hon. Holly B. Fitzsimmons
U.S. District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

RE: Cayer v. Roach, Case # 3:02CV1130(HBF)

Dear Judge Fitzsimmons,

Please advise whether the two-page restriction on the parties' letters to you for the Sepember 30, 2004 hearing applies to the entire hearing, or whether we may submit a two-page letter for each motion. I ask because there are six motions and it would be impossible to address each in just a few sentences.

I await your reply in this matter.

Sincerely,

Paul N. Cayer, pro se

cc: AAG Joseph Jordano