173 Old Burrville Rd.
Torrington, CT 06790

October 11, 2004.

2004 OCT 12 P 2: 28

Hon. Holly B. Fitzsimmons
U.S. District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

RE: Cayer v. Roach, Case # 3:02CV1130(HBF)

Dear Judge Fitzsimmons,

In your ruling of October 6, 2004, you chastised me for daring to suggest that Mr. Jordano suffers from O.C.D., Obsessive Compulsive Disorder. Yet you have permitted Mr. Jordano to repeatedly characterize me as a delusional, paranoid, mentally ill individual. I am none of these things, yet please see the attached where he states that I have "paranoid fantasies" and an "obsessed irrational perception of events." This is not the first time he has used such language, and yet he does it with impunity. Your Honor, in all fairness, you need to chastise Mr. Jordano for this behavior. The fact that you have chosen not to is very telling.

Sincerely,

Paul N. Cayer, pro se

cc: AAG Joseph Jordano