RICHARD BLUMENTHAL
ATTORNEY GENERAL



55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Office of The Attorney General
## State of Connecticut

2004 OCT 15 P 2: 46

Tel: (860) 808-5340
Fax: (860) 808-5383

RECEIVED

October 12, 2004

Judge Holly B. Fitzsimmons
United States District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

RE:   *Paul Cayer v. James Roach, et al.*
      Civil Action Case: 3:02CV1130

Dear Judge Fitzsimmons:

      I am in receipt of Mr. Cayer's letter to the Court dated 10/11/04, entitled "Plaintiff's Response to Judge's Rulings and Order of October 6, 2004." I wish to respond to several aspects of his letter.

      Regarding his medical records, I ask the court to take whatever steps are necessary to compel disclosure. It makes no sense that Dr. Romanos will not release the records without a subpoena. All Dr. Romanos needs is a written waiver from Mr. Cayer to release the records directly to the court for its *in camera* review. Mr. Cayer is in the best position to obtain the records. Also, a subpoena will not cover other providers and hospital records that may be responsive to the court order. Mr. Cayer represented during the July 6, 2004 hearing that Attorney Torre sent him the records, which he now says that he sent on to Dr. Romanos. In any event, the records can be easily obtained.

      Pursuant to the court's order, I have noticed in Mr. Cayer's deposition for November 2 at 10:00 a.m. in your chambers. I do have his damage analysis and I will question him about that and other issues during his deposition.

Judge Holly B. Fitzsimmons
October 12, 2004
Page 2

    Although it tiresome to repeatedly deal with such accusations, if Mr. Cayer believes that I acted improperly, he can follow the court's directive and file a motion with the court along with his <u>evidence to support such an accusation</u>. I believe that he has no such evidence of misconduct and the court has found no misconduct on my part based on Mr. Cayer's prior filings. Unfortunately, his conduct is not advancing his case, nor his credibility.

    If the court has any questions, please advise me and I will respond.

Very truly yours,

Joseph A. Jordano
Assistant Attorney General

cc:    Paul Cayer (via mail)