UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAUL CAYER, | : | CASE NO. 3:02CV1130 (HBF) |
| *Plaintiff*, | : | |
| v. | : | |
| JAMES ROACH and CHARLES SPIRIDON, | : | |
| *Defendants*. | : | October 19, 2004 |

**MOTION FOR PROTECTIVE ORDER TO COMPLY WITH HIPAA**

COMES NOW the Defendants in accordance with the Court Order directing defense counsel to subpoena records from Dr. Daniel Romanos. The Defendants submit the enclosed Protection Order in compliance with the Hospital Insurance Portability and Accountability Act ("HIPAA") of 1996, Public Rule 104-191. The defendants request that the Court enter the enclosed protective order that relates specifically to the medical records of Paul Cayer that will be requested by subpoena from Dr. Daniel R. Romanos. The said Protective Order will also extend to any other medical records that are obtained in connection with this case.

2

                                                DEFENDANTS,
                                                JAMES ROACH,
                                                CHARLES SPIRIDON

                                                RICHARD BLUMENTHAL
                                                ATTORNEY GENERAL


BY:_____
   Joseph A. Jordano
   Assistant Attorney General
   Federal Bar No. ct21487
   55 Elm Street, P.O. Box 120
   Hartford, CT  06141-0120
   Tel.:  (860) 808-5340
   Fax.: (860) 808-5383
   E-mail:
   Joseph.Jordano@po.state.ct.us

## **CERTIFICATION**

     I hereby certify that a copy of the foregoing Motion for Protective Order to Comply with HIPAA was sent by United States first class mail, postage prepaid, this 19th day of October, 2004, to:

Paul Cayer, pro se
173 Old Burrville Road
Torrington, CT  06790


                                                _____
                                                Joseph A. Jordano
                                                Assistant Attorney General