UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAUL CAYER,<br>*Plaintiff*, | : CASE NO. 3:02CV1130 (HBF)<br>: |
| v. | : |
| JAMES ROACH and<br>CHARLES SPIRIDON,<br>*Defendants*. | :<br>:<br>: October 21, 2004 |

## REPONSE TO MOTION TO QUASH and MOTION FOR SANCTIONS

COME NOW the defendants and request that the court deny the plaintiff's Motion to Quash Subpoena for Medical Records dated this date, to Dr. Daniel Romanos. The defendants through counsel further move pursuant to Rule 11 for sanctions for the filing of a frivolous pleading by the plaintiff to quash a subpoena that was ordered by the court pursuant to its ruling of October 19, 2004. In support of this motion that defendants show the court as follows:

1.  On October 6, 2004 the court ordered the plaintiff to deliver for in camera review, a copy of his medical records from Dr. Daniel Romanos and other providers who treated him.

2.  On October 11, 2004, the plaintiff filed with the court a response stating that he did not have a copy of his medical records in his possession and would not provide the records to the court.

3.  On or about October 15, 2004, the defendants filed a motion to compel the plaintiff's compliance with the October 6, 2004 order. A copy of the motion was sent to the plaintiff.

1

4. On October 19, 2004, the court issued an order directing that, "Defendants shall issue a subpoena for plaintiff's medical records to Dr. Romanos. Defendants may seek appropriate relief if plaintiff fails to comply with the Court's October 6, 2004."

5. On October 19, 2004, a subpoena was issued, along with a copy of a motion for protective order and qualified protective order in compliance HIPAA, to Dr. Daniel Romanos for medical records of Paul Cayer. The subpoena directs Dr. Romanos to produce the records to the chambers of United States Magistrate Judge Holly B. Fitzsimmons at 915 Lafayette Boulevard, Bridgeport, CT in compliance with the court's October 6th order.

6. On October 20, 2004, the plaintiff sent an e-mail to defense counsel stating that he would move to quash the subpoena served upon Dr. Romanos. On that same date, defense counsel advised plaintiff of the court order of October 19, 2004 directing the issuance of the subpoena. Defense counsel also informed the plaintiff that he would seek sanctions if he proceeded with a motion to quash knowing that the court had ordered the issuance of the subpoena. (See Attachment C).

7. The plaintiff's most recent pleading is yet another attempt to circumvent and obstruct the court's rulings. The plaintiff filed a frivolous motion to quash AFTER being informed that the subpoena had been issued by order of the court.

WHEREFORE, the defendants pray that the court deny the motion to quash and sanction the plaintiff for filing a frivolous pleading. A memorandum of law in support of defendants' motion for sanctions is filed herewith.

DEFENDANTS,

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Joseph A. Jordano
Assistant Attorney General
Federal Bar # ct21487
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: 860-808-5340
Fax: 860-808-5383
E-mail: Joseph.Jordano@po.state.ct.us

## CERTIFICATION

The undersigned hereby certifies that on the 21st day of October, 2004, a true and accurate copy of the foregoing was sent by United State mail, postage prepaid, to the following:

Paul Cayer
173 Old Burrville Road
Torrington, CT 06790

_____
Joseph A. Jordano
Assistant Attorney General

3