## Jordano, Joseph A.

**From:**    CMECF@ctd.uscourts.gov
**Sent:**    Tuesday, October 19, 2004 12:02 AM
**To:**      CMECF@ctd.uscourts.gov
**Subject:** Summary of ECF Activity

**Activity has occurred in the following cases:**

**3:02-cv-01130-HBF Cayer v. Roach, et al**
**Motion to Compel   80**

**Docket Text:**
MOTION to Compel Plaintiff to Provide the Court a Copy of All Medical Records Identified in
10/6/2004 Court Order by James Roach, Charles Spiridon.Responses due by 11/5/2004 (D'Andrea, S.)

**3:02-cv-01130-HBF Cayer v. Roach, et al**
**Order on Motion to Compel   81**

**Docket Text:**
NOTICE OF ELECTRONIC ORDER. THIS IS THE ONLY NOTICE THE COURT WILL ISSUE.
Defendants' Motion to Compel Compliance [Doc. #80] is DENIED without prejudice. Defendants shall
issue a subpoena for plaintiff's medical records to Dr. Romanos. De fendants may seek appropriate relief
if plaintiff fails to comply with the Court's October 6, 2004 order. SO ORDERED. Signed by Judge
Holly B. Fitzsimmons on 10/18/04. (Esposito, A.)

Attachment A

10/21/2004