JORDANO

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PAUL CAYER

v.

JAMES ROACH,
CHARLES SPIRIDON

: CIV. NO. 3:02CV1130(HBF)

: OCTOBER 21, 2004.

## MOTION TO QUASH SUBPOENA FOR MEDICAL RECORDS

As the plaintiff, I hereby make a motion to quash the subpoena which is being issued by AAG Jordano for copies of my medical records to be provided to the Court by Dr. Romanos.

As the plaintiff, I DEMAND DUE PROCESS, and DEMAND a HEARING ON THE RECORD on my motion to quash the subpoena.

PLAINTIFF

PAUL N. CAYER, pro se
173 Old Burrville Rd.
Torrington, CT 06790
tel: 860-626-0340

### CERTIFICATION

I hereby certify that on October 21, 2004 a copy of the foregoing was mailed to:

Joseph Jordano, AAG
55 Elm St.
PO Box 120
Hartford, CT 06141-0120

Paul N. Cayer

Attachment B