**Jordano, Joseph A.**

| | |
|---|---|
| **From:** | Jordano, Joseph A. |
| **Sent:** | Wednesday, October 20, 2004 3:58 PM |
| **To:** | 'Paul Cayer'; 'Paul Cayer' |
| **Subject:** | RE: Subpoena |

If you check the docket sheet for 10/19/04, you will see that Judge Fitzsimmons ordered that a subpeona be issued to Dr. Romanos. So good luck with your motion to quash. I will be filing a concurrent motion under Rule 11 for sanctions for a frivilous motion to quash a subpoena in defiance of the court's order to the contrary.

Looking forward to seeing you on 11/2/04.

Best wishes.

-----Original Message-----
From: Paul Cayer [mailto:p_cayer@webtv.net]
Sent: Wednesday, October 20, 2004 2:10 PM
To: Jordano, Joseph A.
Cc: p_cayer@webtv.net
Subject: Subpoena


Dear Best Wishes,


I will be submitting a motion to quash your subpoena.  Sorry you chose to go in that direction.  I will also be requesting oral argument - you know that thing that Judge Holly hates so much cuz the plaintiff is on to her.


TY, BW, WR, and HAGD!!!    -PC

Attachment C

1