UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PAUL CAYER : CASE NO. 3:02CV1130(HBF)

V. :

JAMES ROACH and :
CHARLES SPIRIDON : OCTOBER 25, 2004.

FILED
2004 OCT 26 P 12: 36
U.S. DISTRICT COURT
BRIDGEPORT, CT

MOTION TO WITHDRAW COMPLAINT

AS the plaintiff, I wish to withdraw my complaint and drop my lawsuit against the defendants. My reason for doing so is that I refuse to permit priveleged medical documents to be subpoenaed by this Court when it was previously agreed that such records would not be an issue in this trial. Although the subpoena is for in camera review, opposing counsel will have access to them. Also, because of Judge Fitzsimmons' extreme bias in this case, there is a definite likelihood that she will order the records admissable. This constitutes an unacceptable invasion of my privacy for no purpose other than to embarrass me and force me to withdraw or settle. Again, it was previously agreed to BY ALL PARTIES that such records would not be an issue in this case.

WHEREFORE, the plaintiff moves to withdraw his complaint and drop his lawsuit against the defendants.

PLAINTIFF,

/s/ Paul Cayer

Paul N. Cayer, pro se
173 Old Burrville Rd.
Torrington, CT 06790
tel: 860-626-0340

---

CERTIFICATION

I hereby certify that on October 25, 2004 a copy of the foregoing was mailed to:

Joseph Jordano, AAG
55 Elm St.
PO Box 120
Hartford, CT 06141-0120

/s/ Paul Cayer
Paul N. Cayer

*Law Offices of*
# KAREN LEE TORRE

*51 Elm Street - Suite 307*
*New Haven, Connecticut 06510*
*Telephone - (203) 865-5541*
*Facsimile - (203) 865-4844*

*99 Whitfield Street*
*Guilford, Connecticut 06437*
*Telephone - (203) 453-7720*
*Facsimile - (203) 453-7721*
***Reply to New Haven Only***

February 5, 2004

Mr. Paul Cayer
173 Old Burrville Road
Torrington, CT 06790

Re:   <u>Cayer v. Roach, et al.</u>

Dear Mr. Cayer:

In response to your letter of January 29, 2004, please be advised that the attorneys did not have a conference with the Court on January 6th. The judge had another matter to attend to and accordingly, we just had the conference last week. Discovery is ongoing and will continue to be ongoing. As the needs of the case require. It was agreed that defendants may file a Motion for Summary Judgment in March if they wish and if the case is to be tried, we are looking at sometime in June, 2004. It was further confirmed during the conference that you made a decision not to share your psychiatric history records and accordingly, you may not pursue a claim for non-economic damages such as emotional distress. In reliance on that understanding, Attorney Jordano will not seek your psychiatric records nor will he seek to depose your psychiatrist or other treating mental health professionals.

Very truly yours,

*Karen Lee Torre*

Karen Lee Torre

KLT:cmt