UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAUL CAYER, | : | CASE NO. 3:02CV1130(HBF) |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CHARLES SPIRIDON and | : | |
| JAMES ROACH, | : | |
| | : | OCTOBER 25, 2004 |

## RESPONSE TO PLAINTIFF'S MOTION TO WITHDRAW

COME NOW the defendants and in response to the plaintiff's motion to withdraw his complaint and state as follows:

1. Defense counsel takes issue with plaintiff's assertion that the defendants' breached an agreement or defense counsel's insistence that he disclose his medical records has forced him to withdraw his case.

2. As counsel explained to court on April 20, 2004, in March 2004 Mr. Cayer fired his attorney, Karen Lee Torre.

3. On March 29, 200, the plaintiff accused defense counsel and his former attorney of having a "sweetheart arrangement" about his case.

3. On March 30, 2004, defense counsel withdrew the offer to stipulate to the withdrawal of the plaintiff's claim for emotional damages for several reasons including: (1) there had been no response from Attorney Torre or Mr. Cayer to the proposed stipulation and (2) given that the plaintiff was pro se and was already making spurious accusations, it was not prudent to stipulate to anything for fear that the plaintiff would claim that he did not understand the ramifications of his actions.

4. In connection with defense counsel's request for a copy of the plaintiff's medical records, defense counsel offered and submitted a protective order to the court to insure the privacy of the records should the court require disclosure.

5. The plaintiff has engaged in a series of accusatory conduct which has included allegations of corruption by the federal Magistrate Judge, as well as unfounded allegations against defense counsel and his former attorney, because he does not like the court's rulings on several motions.

6. To date, the court has not ordered the disclosure of any medical records by Mr. Cayer because he has refused to produce them to the court for in camera review.

7. Mr. Cayer has a state court case pending in the Judicial District of Hartford, Cayer v. WCSU, Superior Court Docket No. CV 04-4001959-S, raising some of the same issues as in his federal claim.

8. The defendants ask that the plaintiff's request to withdraw his case be with prejudice and that in connection with such a ruling the court reject the plaintiff's assertion that he was forced to withdraw his case or was "blackmailed" into dismissing his case.

WHEREFORE, the defendants move for an order in which the court permits the plaintiff to withdraw his case with prejudice, and rejects the plaintiff's assertions that he was forced to withdraw his case or was "blackmailed" into withdrawing his case.

        DEFENDANTS,

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

BY: _____
        Joseph A. Jordano
        Assistant Attorney General
        Federal Bar # ct21487
        55 Elm Street, P.O. Box 120
        Hartford, CT 06141-0120
        Tel: 860-808-5340
        Fax: 860-808-5383
        E-mail: Joseph.Jordano@po.state.ct.us

**CERTIFICATION**

    The undersigned hereby certifies that on the 25th day of October, 2004, a true and accurate copy of the foregoing was sent by United State mail, postage prepaid, to the following:

Paul Cayer
173 Old Burrville Road
Torrington, CT 06790

        _____
        Joseph A. Jordano
        Assistant Attorney General