173 Old Burrville Rd.
Torrington, CT 06790

October 25, 2004.

2004 OCT 26 P 2: 03

Hon. Holly B. Fitzsimmons
U.S. District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

RE: Cayer v. Roach et al, Case No. 3:02CV1130(HBF)

Dear Judge Fitzsimmons,

I have just submitted paperwork to the Clerk's office to drop my federal lawsuit effective immediately. I request that you IMMEDIATELY contact Dr. Romanos to inform him that the subpoena for my medical records has been rescinded.

I would like to inform you that the threatened disclosure of confidential psychiatric records by you and Mr. Jordano, after the parties had previously agreed that the records would NOT be an issue in this case, is for the sole purpose of forcing this plaintiff to either withdraw or settle his case. The use of medical records for this purpose constitutes BLACKMAIL.  Let me repeat: the threatened disclosure of confidential psychiatric records by a judge and an Assistant Attorney General to force a plaintiff to either withdraw or settle his case, constitutes BLACKMAIL.  Let me also repeat:  the parties had previously agreed that such medical records would NOT be an issue in this case or at trial.

If those records should so much as touch your desk, Your Honor, I believe you will be in rather serious trouble. Should you go so far as to share those records with Mr. Jordano, I believe that would be grounds for your removal from the bench.

Your actions, as well as those of Mr. Jordano and Atty. Torre have been despicable. I believe, Your Honor, that a thorough investigation of these actions will have rather serious consequences for you all.

Since I have now withdrawn my lawsuit, I will not be attending the deposition scheduled for November 2, 2004.

Sincerely,

Paul N. Cayer, pro se

cc:   AAG Joseph Jordano
      AG Richard Blumenthal
      AAG Margaret Chappel
      Daniel Romanos, MD

attachments

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PAUL CAYER                    : CASE NO. 3:02CV1130(HBF)

V.                            :
                              :
JAMES ROACH and               :
CHARLES SPIRIDON              : OCTOBER 25, 2004.

## MOTION TO WITHDRAW COMPLAINT

AS the plaintiff, I wish to withdraw my complaint and drop my lawsuit against the defendants. My reason for doing so is that I refuse to permit priveleged medical documents to be subpoenaed by this Court when it was previously agreed that such records would not be an issue in this trial. Although the subpoena is for in camera review, opposing counsel will have access to them. Also, because of Judge Fitzsimmons' extreme bias in this case, there is a definite likelihood that she will order the records admissable. This constitutes an unacceptable invasion of my privacy for no purpose other than to embarrass me and force me to withdraw or settle. Again, it was previously agreed to BY ALL PARTIES that such records would not be an issue in this case.

WHEREFORE, the plaintiff moves to withdraw his complaint and drop his lawsuit against the defendants.

PLAINTIFF,

*[signature]*

Paul N. Cayer, pro se
173 Old Burrville Rd.
Torrington, CT 06790
tel: 860-626-0340

---

## CERTIFICATION

I hereby certify that on October 25, 2004 a copy of the foregoing was mailed to:

Joseph Jordano, AAG
55 Elm St.
PO Box 120
Hartford, CT 06141-0120

*[signature]*

Paul N. Cayer

# Law Offices of
# KAREN LEE TORRE

51 Elm Street - Suite 307
New Haven, Connecticut 06510
Telephone - (203) 865-5541
Facsimile - (203) 865-4844

99 Whitfield Street
Guilford, Connecticut 06437
Telephone - (203) 453-7720
Facsimile - (203) 453-7721
*Reply to New Haven Only*

February 5, 2004

Mr. Paul Cayer
173 Old Burrville Road
Torrington, CT 06790

Re:   **Cayer v. Roach, et al.**

Dear Mr. Cayer:

In response to your letter of January 29, 2004, please be advised that the attorneys did not have a conference with the Court on January 6th. The judge had another matter to attend to and accordingly, we just had the conference last week. Discovery is ongoing and will continue to be ongoing. As the needs of the case require. It was agreed that defendants may file a Motion for Summary Judgment in March if they wish and if the case is to be tried, we are looking at sometime in June, 2004. It was further confirmed during the conference that you made a decision not to share your psychiatric history records and accordingly, you may not pursue a claim for non-economic damages such as emotional distress. In reliance on that understanding, Attorney Jordano will not seek your psychiatric records nor will he seek to depose your psychiatrist or other treating mental health professionals.

Very truly yours,

Karen Lee Torre

KLT:cmt