173 Old Burrville Rd.
Torrington, CT 06790

October 27, 2004.

Hon. Holly B. Fitzsimmons
U.S. District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

RE:  Cayer v. Roach et al, Case No. 3:02CV1130(HBF)

Dear Judge Fitzsimmons,

Let me be VERY CLEAR on this:   I absolutely WILL NOT withdraw my lawsuit if you will be ruling that
it is a dismissal with prejudice.

Sincerely,

Paul N. Cayer, pro se

cc: AAG Joseph Jordano