```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
                                            :
PAUL CAYER                                  :
                                            :
v.                                          :  CIV. NO. 3:02CV1130 (HBF)
                                            :
JAMES ROACH,                                :
CHARLES SPIRIDON                            :
                                            :
                                            :
                                            :
```

RULING and ORDER

Oral argument was held on November 9, 2004, to address the pending motions.

Accordingly, plaintiff's Motion for a Hearing **[Doc. #103]** is **GRANTED**.

Plaintiff's Motion to Quash Subpoena for Medical Records **[Doc. #103]** is **DENIED in part**. Plaintiff presented no new factual information or legal argument not offered before the Court ordered the in camera disclosure of Dr. Romanos' treatment records on October 6, 2004. Plaintiff agreed on the record at oral argument that there had been no change in his position or circumstances since the Court ordered the documents produced.

It is therefore **ordered** that defendants send a copy of this ruling and order by certified mail to Dr. Romanos. Dr. Romanos will comply with the subpoena within ten days of his receipt of this order as follows. Dr. Romanos will transmit a copy of Mr. Cayer's treatment records directly to the Court for in camera review. They shall be transmitted in a sealed envelope to Judge Fitzsimmons' Chambers, Room 266, Second Floor Annex, 915

Lafayette Blvd, Bridgeport, CT 06604.

The Court will review the documents in camera and then rule on defendants' request for disclosure of the records. If the Court determines that any records appear disclosable, an attorney will be appointed to assist plaintiff in reviewing the records and arguing plaintiff's position in favor of nondisclosure.

The Court will reserve decision on defendants' Motion for Protective Order [Doc. #102] and Motion for Sanctions [Doc. #105] pending in camera review of plaintiff's medical records and a ruling on whether disclosure is appropriate.

Dispositive motions will be filed thirty (30) days after a final ruling on the disclosure of plaintiff's medical records. The brief in opposition is due twenty-one (21) days later. Reply briefs, if any, are due ten (10) days thereafter.

SO ORDERED at Bridgeport this 9th the day of November 2004.

_____/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE