UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PAUL CAYER : CASE NO. 3:02CV1130(HBF)

V. :

JAMES ROACH and :
CHARLES SPIRIDON : NOVEMBER 12, 2004.

2004 NOV 12 P 12:53

### MOTION FOR CLARIFICATION AS TO WITHDRAWAL OF COMPLAINT

As the plaintiff, I request that the Court clarify the rules and procedures for withdrawal of a complaint. At the November 9, 2004 hearing, Judge Fitzsimmons made a statement to the effect that if the Judge were as nefarious as I had portrayed her to be, she could have immediately granted the withdrawal of my complaint immediately after I had submitted my motion to withdraw, but she did not. I would like to inform the Court that I was told by the Clerk's Office that it was not possible for a plaintiff to unilaterally withdraw a complaint after the complaint had been answered by the Defendant. Is this true? If so, why did Judge Fitzsimmons inaccurately state that a unilateral withdrawal could have been approved by her?

According to the Clerk's Office, withdrawal in my case could only be accomplished by stipulation of both parties. Atty. Jordano and I did not stipulate since he insisted that such a stipulation be with prejudice. I would not agree to that.

WHEREFORE, the plaintiff has claimed that the threatened disclosure of confidential medical records constitutes BLACKMAIL under the law, and that the subpoena of those records is for the express purpose of blackmailing the plaintiff into submission by either withdrawal or settlement, plaintiff requests that the Court clarify the issue of withdrawal. Judge Fitzsimmons' statement of November 9, 2004 is contrary to Rule 41 of the Local Rules of Civil Procedure and contrary to the stated position of the Clerk of the Court.

PLAINTIFF
*[signature]*
PAUL N. CAYER, pro se
173 Old Burrville Rd.
Torrington, CT 06790
tel: 860-626-0340

---

### CERTIFICATION

I hereby certify that a copy of the foregoing was mailed November 12, 2004 to:

Joseph Jordano
Assistant Attorney General
55 Elm St.
P.O. Box 120
Hartford, CT 06141-0120

*[signature]*
Paul N. Cayer