JUDGE

FITZSIMMONS

## E-mail message

From: p_cayer@webtv.net(Paul Cayer)
Date: Wed, Nov 10, 2004, 9:17am
To: joseph.jordano@po.state.ct.us
Cc: margaret.chapple@po.state.ct.us, p_cayer@webtv.net
Subject: The Fensterer Letter of Nov. 5, 2004.

Attorney Jordano,

Did you share a copy of the Fensterer letter with your supervisor? My guess is you did not, so I faxed her a copy. Very interesting the part that says:

".....[at] my subpoenaed appearance at a deposition on Mr. Cayer's behalf late in December of 2003, when I brought a video and letter proving unnecessarily cruel, vindictive treatment of a wheelchair bound former employee of Ms. Barbara Barnwell by the name of Judith Altberg, Attorney Jordano and Mr. Spiridon declined to view the videotape during the deposition, but, as I was leaving the Human Resources office, Attorney Jordano came hurrying out of Mr. Spiridon's office and asked whether he could borrow the tape and the letter. He mentioned that they would probably make a copy of the tape and the letter and return the originals to me promptly. They were of course, not returned promptly - I had to ask for them twice."

Now Mr. Jordano, do you suppose you were so exhausted from sprinting after Ms. Fensterer to get the videotape and letter that you had no energy left to share said items with my attorney AS YOU WERE REQUIRED TO DO UNDER THE LAW? Do you suppose that your exhaustion continued until April of 2004 when you still had no energy left from said sprint to share those items with me, until I was able to obtain them only after repreated questioning of you during which you initially denied the existence of the letter? Do you remember as I read the very damaging letter in front of you I stated, "Very interesting - I have never seen this."?

Although I know Judge Fitzsimmons does not concern herself much with issues of concealment of evidence, I can assure you that others will definitely take an interest in your actions. Is not Obstruction of Justice a crime, Atty. Jordano?

Best Wishes and Warmest Regards,

-Paul Cayer

cc: Judge Holly Fitzsimmons