

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PAUL CAYER

V.                                                      : CIV. NO. 3:02CV1130(HBF)

JAMES ROACH and
CHARLES SPIRIDON                                        : JUNE 27, 2005.

## MOTION FOR SANCTIONS

As the Plaintiff, I move that the Court sanction Attorney Jordano for failure to comply with the Court's 11/9/04 order and for deliberately and brazenly lying to the Court about his non-compliance.

The 11/9/04 Order required that Attorney Jordano MAIL by CERTIFIED MAIL a copy of the order to Dr. Romanos. This action was to trigger the release of my medical records to Judge Fitzsimmons for in-camera review. Attorney Jordano never complied with the Court's order until over four months later. The reason for AAG Jordano's failure to comply are clear to the Plaintiff. Mr. Jordano did not want to tangle with another attorney in the matter of the disclosure of my records for fear that his role in the unethical conveyance of the records to me by my former attorney would be revisited.

Because of AAG Jordano's failure to comply, the Plaintiff has been harmed. The adjudication of Plaintiff's case has now been delayed by over SEVEN MONTHS because of Mr. Jordano's inaction. This case was originally supposed to go to trial in OCTOBER OF 2003. Furthermore, in the interim my records were released to him in another case, a fact which both he and the Court are using to my detriment.

Attorney Jordano has LIED to this Court when, in an attempt to explain his non-compliance, he stated that he faxed the 11/9/04 order to Dr. Romanos using an incorrect fax number. This was a total FALSEHOOD. He finally just stated that he "forgot" because it was around the Veterans' Day holiday. This statement contradicts his earlier statement, and is equally incredible.

WHEREFORE, the Plaintiff moves that AAG Jordano be sanctioned for his misconduct - his noncompliance with an order of the Court, and for his deliberately lying to the Court. This is not the first time that AAG Jordano has lied to the Court. There is no possible way that this instance can be dismissed as a "misunderstanding."

http://endymion.zboxhosting.com/typer/index.html                    Page 1/1

PLAINTIFF,

*[signature]*

PAUL N. CAYER, pro se
173 Old Burville Rd.
Torrington, CT 06790
tel: 860-626-0340

cc: AG Richard Blumenthal
    AAG Nancy Brouillet
    AAG Margaret Chapple

---

### CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on June 27, 2005 to:

Joseph Jordano
Assistant Attorney General
55 Elm St.
PO Box 120
Hartford, CT 06141-0120

*[signature]*
_____
Paul N. Cayer