FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT -1  A 11: 55

U.S. DISTRICT COURT
BRIDGEPORT, CT

PAUL CAYER                              :   CIV. NO. 3:02CV1130 (HBF)
                                        :
V.                                      :
                                        :
JAMES ROACH and                         :
CHARLES SPIRIDON                        :   JULY 30, 2005


PLAINTIFF'S MOTION OBJECTING TO COURT'S COMMUNICATION WITH
OPPOSING COUNSEL CONCERNING MEDICAL RECORDS.


As the Plaintiff, I object to Judge Fitzsimmons having any communication with opposing counsel concerning my medical records. It has been almost TEN MONTHS since the Court's order concerning the release of my records and OVER FOUR MONTHS since the records were delivered to the Court. The delays have been the fault of opposing counsel due to his failure to comply with the Nov. 9, 2004 order. Diring the interim, AAG Jordano was able to obtain my records in another case. He must not be permitted to benefit from his own delaying tactics. His desire to point out to Judge Fitzsimmons parts of my medical records requiring special attention by her in her in camera review would have the effect of conferring a benefit to the defendants which they would NOT have had had they complied with the Nov. 9, 2004 order when the order was issued. Plaintiff OBJECTS to the defendants deriving any benefit from their deliberate delay in compliance. Plaintiff also objects to AAG Jordano's expressed desire to check to make certain he has all the same records as the Court, since there is absolutely no reason to suspect that Dr. Romanos has not sent the complete records to both parties.


WHEREFORE, Plaintiff requests that the Court immediately determine based upon the in camera review already conducted whether any portions of the records are disclosable to the defendants and, if so determined, immediately assign an attorney to assist me in fighting disclosure. Plaintiff reiterates that it has been almost TEN MONTHS since the order concerning release of the records, and OVER FOUR MONTHS since the records were released to the Court. Plaintiff notes that Judge Fitzsimmons indicated at the last hearing that she did not find anything in the records following her in camera review that would appear to be appropriate

for disclosure. Plaintiff URGES the Court to proceed with such a determination, WITHOUT ANY DISCUSSION WITH OPPOSING COUNSEL, so that we may finally proceed to trial. Judge Fitzsimmons' in camera review should be the same in camera review she would have conducted in November of 2004, that is, an in camera review conducted with her eyes only and not with the "help" of opposing counsel.

PLAINTIFF,

PAUL N. CAYER, pro se
173 Old Burrville Rd.
Torrington, CT 06790
tel: 860-626-0340

### CERTIFICATION

I hereby certify that a copy of the foegoing was mailed on July 30, 2005 to:

Joseph Jordano
Assistant Attorney General
PO Box 120
Hartford, CT 06141-0120

Paul N. Cayer