UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAUL CAYER, | : | CASE NO. 3:02CV1130 (HBF) |
| *Plaintiff*, | : | |
| v. | : | |
| JAMES ROACH and | : | |
| CHARLES SPIRIDON, | : | |
| *Defendants*. | : | August 29, 2005 |

## DEFENDANTS' NOTICE OF COMPLIANCE WITH COURT ORDER

COMES NOW the defendants James Roach and Charles Spiridon, and give notice that pursuant to a Court Order dated August 17, 2005, a confidential ex-parte communication was submitted under seal this date with the Honorable Magistrate Judge Holly B. Fitzsimmons.

                                              DEFENDANTS,
                                              JAMES ROACH,
                                              CHARLES SPIRIDON

                                              RICHARD BLUMENTHAL
                                              ATTORNEY GENERAL


                              BY:_____
                                  Joseph A. Jordano
                                  Assistant Attorney General
                                  Federal Bar No. ct21487
                                  55 Elm Street, P.O. Box 120
                                  Hartford, CT  06141-0120
                                  Tel.:  (860) 808-5340
                                  Fax.: (860) 808-5383
                                  E-mail: Joseph.Jordano@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Notice of Compliance with Court Order was sent by United States first class mail, postage prepaid, this 29th day of August, 2005, to:

Paul Cayer, pro se
173 Old Burrville Road
Torrington, CT 06790

_____
Joseph A. Jordano
Assistant Attorney General