UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAUL CAYER, | : | CASE NO. 3:02CV1130(HBF) |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| CHARLES SPIRIDON and | : | |
| JAMES ROACH, | : | |
| *Defendants.* | : | September 9, 2005 |

**DEFENDANTS' MOTION FOR EXTENSION
OF TIME TO FILE DISPOSITIVE MOTION**

COMES NOW, defendants Charles Spirdon and James Roach requesting an extension of time of forty five (45) days to and including December 2, 2005 in which to file their dispositive motion in the above-captioned matter. In support of their motion, the defendants, through counsel, represent the following:

1. The dispositive motion deadline is currently October 17, 2005.

2. Some of the potential witnesses from whom affidavits will be obtained are retired from state service and the undersigned will require additional time in which to contact them and obtain the necessary affidavits for submission with the summary judgment motion.

3. The undersigned is scheduled to begin a two to three-week jury trial in federal court in New Haven in <u>Lewis v. Department of Correction, et al.</u>, 3:02CV2304(MRK) on Monday, September 12, 2005. The trial will take the bulk of the undersigned's time and attention during the length of the trial.

4. The undersigned is scheduled to begin a three-week trial before the Connecticut Commission on Human Rights and Opportunities ("CHRO") in a companion

matter involving the plaintiff, <u>Cayer v. Western Connecticut State University</u>, OPH/WBR 2003-001 on October 10, 2005 which, again, will consume a great deal of time and attention during the entire trial.

     5.     The undersigned has been recently assigned several matters that were formerly handled by another attorney within the Employment Rights Department of the Attorney General's Office who retired. The retirement has forced the re-assignment of several matters, increasing an already heavy caseload. The Department previously lost another counsel to private practice. No replacements have been assigned to the Department to offset those departures as of this date.

     6.     The undersigned also has scheduled in October and November 2005, respectively, two appellee briefs in the Second Circuit Court of Appeals in <u>Waananen v. Barry</u>, 04-64-14-cv, and <u>Bogle-Assegai v. CHRO</u>, 05-1858-cv, which again will take a considerable amount of time and attention.

     7.     The undersigned has also had two separate medical issues recently which have cost him time away from preparation of his cases.

     8.     The plaintiff will not be prejudiced by this motion.

     9.     This is the defendants' first request for an extension of time to file a dispositive motion.

     10.     Pursuant to Local Rule 7(b), the undersigned contacted the pro se plaintiff and he has stated he objects to this motion.

WHEREFORE, the defendants respectfully request an extension of time to and including December 2, 2005 in which to file their dispositive motion.

DEFENDANTS,

RICHARD BLUMENTHAL
ATTORNEY GENERAL

By: _____
Joseph A. Jordano
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-1020
Tel: (860) 808-5340
Fax: (860) 808-5383
E-mail address:
Joseph.Jordano@po.state.ct.us
Federal Bar # ct21487

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 9th day of September, 2005 a copy of the aforementioned Motion for Extension of Time to File Dispositive Motion was sent by First Class United States mail, first class postage prepaid to:

Paul Cayer, pro se
173 Burrville Road
Torrington, CT 06790

_____
Joseph A. Jordano
Assistant Attorney General