UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAUL CAYER, | : | CASE NO. 3:02CV1130 (HBF) |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| JAMES ROACH  and | : | |
| CHARLES SPIRIDON, | : | |
| *Defendants*. | : | September 19, 2004 |

**DEFENDANTS' REPLY TO PLAINTIFF'S**
**RESPONSE TO MOTION FOR EXTENSION OF TIME**

The defendants hereby reply to the plaintiff's objection to the request to extend the deadline for filing summary judgment with several points. First, counsel has sought this extension in part because much of his time in late September and all of October will be devoted to the three week public hearing scheduled for that month on the plaintiff's CHRO whistleblower case. Additionally, the defendant must also attend to the plaintiff's state law case that has depositions scheduled in late September and early October.

Second, the plaintiff's objection suggests that he may not fully appreciate the amount of work that goes into properly preparing a summary judgment motion and the attendant pleadings.  The plaintiff may find that he likewise will need a similar extension of time to respond to the defendant's motion.

Third, defense counsel believes that the public hearing scheduled for October 2005 may resolve some of the legal issues and anticipates that a transcript of the plaintiff's testimony may be material to the summary judgment.

The defendant's request for additional time is reasonable.

>DEFENDANTS
>
>RICHARD BLUMENTHAL
>ATTORNEY GENERAL
>
>
>BY: _____
>Joseph A. Jordano  (ct 21487)
>Assistant Attorney General
>55 Elm Street, P. O. Box 120
>Hartford, CT 06141-0120
>Tel: 860-808-5340
>Fax: 860-808-5383
>email: Joseph.Jordano@po.state.ct.us

## CERTIFICATION

The undersigned hereby certifies that on the 19th day of September, 2005, a true and accurate copy of the foregoing was sent by United States mail, first class postage prepaid, to the following:

Paul Cayer
173 Old Burrville Road
Torrington, CT 06790

>_____
>Joseph A. Jordano
>Assistant Attorney General