UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

PAUL CAYER                      :    CASE NO. 3:02CV1130(HBF) SEP 23 P 1: 11

V.                              :
                                     U.S. DISTRICT COURT
                                     BRIDGEPORT, CONN
JAMES ROACH and CHARLES SPIRIDON :    SEPTEMBER 22, 2005.

PLAINTIFF'S RESPONSE TO DEFENDANT'S REPLY TO PLAINTIFF'S
RESPONSE TO DEFENDANT'S MOTION FOR EXTENSION OF TIME

As the Plaintiff, I would like to respond to the Defendants' reply to my response to the Defendants' Motion for extension of time to file summary judgement. I would like to remind the Court that the issue of my CHRO public hearing was previously brought up by Mr. Jordano and is the reason why he was given 60 days to file instead of 30. This is not a new situation, and should not form the basis for granting an extension. Furthermore, the Court has previously been apprised of my other cases that are pending.

Attorney Jordano proposes that my testimony at public hearing will be helpful to his side, and uses this as justification for an extension. That is a ridiculous reason for an extension. AAG Jordano has already deposed me for a total of about 12 hours in both my Federal and State cases. If he does not have the evidence he needs by now he will never have it. My Federal case has dragged on FOR YEARS due to the delaying tactics of Mr. Jordano. I have the right to a timely adjudication of my case. As I have previously stated, memories fade and witness move away as time goes by. Some of the events that witnesses will be testifying to happened more than FIVE YEARS ago. One witness almost died recently. A defendant has moved away. I maintain that I am harmed by any further delay in the adjudication of my case.

I would like to inform the Court that I have made several offers of settlement that have been ignored by the Defendants. If they do not wish to settle this case then we must proceed to trial.

PLAINTIFF,

*(signature)*

PAUL N. CAYER, pro se
173 Old Burrville Rd.
Torrington, CT 06790
tel: 860-626-0340

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on Sept. 22, 2005 to:

Joseph Jordano
Assistant Attorney General
55 Elm St.
PO Box 120
Hartford, CT 06141-0120

_____
Paul N. Cayer