UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAUL CAYER, | : | CASE NO. 3:02CV1130(HBF) |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| CHARLES SPIRIDON and | : | |
| JAMES ROACH, | : | |
| *Defendants.* | : | November 8, 2005 |

**DEFENDANTS' MOTION TO VACATE DISPOSITIVE MOTION DEADLINE
AND TO SET NEW SCHEDULING ORDER**

COMES NOW, defendants Charles Spirdon and James Roach requesting an order vacating the current dispositive motion deadline of December 2, 2005 and an order setting a new Scheduling Order consistent with the Court's ruling of August 17, 2005 (Doc. # 133). In support of this motion, the defendants, through counsel represent as follows:

1.  The Court issued a Ruling on Pending Discovery Motions and Scheduling Order on August 17, 2005 (Doc. # 133).

2.  Incorporated in the Court's order was a directive to the defendants to file a document under seal with the Court requesting which documents among the plaintiff's medical records, filed <u>in camera</u> with the Court, it required for filing their summary judgment motion. (Doc. # 133, pp. 7-8).

3.  The defendants complied with the Court's order on or about August 31, 2005 (Doc. # 134), requesting certain medical records be made available for their usage on summary judgment. The defendants' request is still pending.

4.      The undersigned inadvertently has misinterpreted and misapplied the Court's order of August 17, 2005 (Doc. # 133, p. 9).  The defendants requested an extension of time to file their dispositive motion until the court has ruled on the motion to compel the disclosure of the plaintiff's medical records, which was the original intent of the Court's order.

5.      Additionally, the defendants request additional time for the Supreme Court to issue a ruling in a case that could have a major impact on the First Amendment law applicable to the present case. The undersigned brings to the Court's attention the matter of <u>Garcetti, et al. v. Ceballos</u>, No. 04-473, that is currently awaiting a written decision before the United States Supreme Court.

In the <u>Garcetti</u> case,  the Appellee, Richard Ceballos, worked as a calendar deputy for criminal cases in Los Angeles county. His responsibilities included reviewing search warrants. In a particular case, he reviewed a search warrant and advised his superior that he believed that the search warrant contained inaccuracies and that the case should be dismissed. His supervisor disagreed and instructed that the case go to trial. At a suppression hearing, the trial court ruled that the warrant was sufficient and the criminal defendants were convicted.  Ceballos subsequently filed a lawsuit alleging that he was transferred to a different position and retaliated in other material respects for exercising his First Amendment Right to free speech, namely his opinion about the search warrant that he considered to be legally insufficient. The District court dismissed the case on summary judgment holding that the alleged speech was not protected. The Ninth Circuit reversed.

In late October 2005, the Supreme Court heard oral arguments on the narrow issue of whether speech that relates directly to a person's employment responsibilities is protected speech under the First Amendment.

6. Defendants submit that the ruling in <u>Garcetti</u> case could have a direct impact upon the plaintiff's claims in the present case, especially if the Supreme Court were to hold that such speech is not protected.

7. The undersigned has not contacted the pro se plaintiff regarding this motion because of repeated accusations by the plaintiff against counsel and the plaintiff's historical pattern of objecting to any motion filed by the defendants.

WHEREFORE, the defendants, through counsel, respectfully request that the December 2, 2005 dispositive deadline be vacated. The defendants request that the dispositive motion deadline be re-set no earlier than sixty (60) days after the Court's ruling on defendants' request for medical documents to be used at summary judgment.

> DEFENDANTS,
>
> RICHARD BLUMENTHAL
> ATTORNEY GENERAL
>
> By: _____
> Joseph A. Jordano
> Assistant Attorney General
> 55 Elm Street, P.O. Box 120
> Hartford, CT 06141-1020
> Tel: (860) 808-5340
> Fax: (860) 808-5383
> E-mail address:
> Joseph.Jordano@po.state.ct.us
> Federal Bar # ct21487

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 8th day of November, 2005 a copy of the foregoing was sent by First Class United States mail, first class postage prepaid to:

Paul Cayer, pro se
173 Burrville Road
Torrington, CT 06790

_____
Joseph A. Jordano
Assistant Attorney General