173 Old Burrville Rd.
Torrington, CT 06790

December 9, 2005.

Joseph Jordano
Assistant Attorney General
55 Elm St.
PO Box 120
Hartford, CT 06141-0120

Dear Mr. Jordano,

Please advise if any "traces" of my medical records are still being retained by you. By "traces", I am referring to ANY portions of my medical records which were quoted by you in your communication to Judge Holly Fitzsimmons in my federal case. Since my records were only disclosed to you in connection with my whistleblower retaliation case which was dismissed, if you have quoted ANY portions of my records, INCLUDING DATES, these records, or portions of records, must be returned to Dr. Romanos. I will consider your failure to return said records as a violation of HIPAA and will take appropriate action against you and the A.G.'s Office.

Sincerely,

Paul N. Cayer, pro se

cc: Donna Marie Wilkerson
    Judge Holly Fitzsimmons
    A.G. Richard Blumenthal
    AAG Margaret Chapple
    AAG Nancy Brouillet