**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| PAUL CAYER, | : | CASE NO. 3:02CV1130 (HBF) |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| JAMES ROACH  and | : | |
| CHARLES SPIRIDON, | : | |
| *Defendants*. | : | February 16, 2006 |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO**
**INDEPENDENT COUNSEL'S MEMORANDUM OF LAW**

COMES  NOW the defendants and pursuant to Local Rule 7(b) respectfully request an extension of time of ten (10) business days to and including March 9, 2006 in which to file their response to the independent counsel's memorandum of law concerning disclosure of plaintiff's medical records.  In support of this motion, the defendants, through counsel, represent as follows:

1.      The Court on November 10, 2005 (Doc. # 141), after conducting an in-camera review of the plaintiff's medical records, found certain pages disclosable for the purpose of using them at summary judgment.

2.      The plaintiff, pro se, objected to the use of the medical records.  The Court on December 19, 2005 (Doc. # 149) appointed an independent counsel, Antonio Ponvert III, for the sole purpose of filing a memorandum in opposition to the disclosure of  the medical records.

3.      The independent counsel served his opposition papers upon the undersigned on or about February 13, 2006 by e-mail.

4.      The undersigned requires additional time in which to research and address all issues raised by the independent counsel.

1

5.       The plaintiff will not be prejudiced by the delay.

6.       Pursuant to Local Rule 7(b), the undersigned contacted the independent counsel, Antonio Ponvert III, and he has authorized the undersigned to represent that he has NO OBJECTION to this motion.

7.       This is the defendants' first request for an extension of time to file a response to the independent counsel's memorandum.


WHEREFORE, the defendants respectfully request an extension of time  of ten (10) business days to and including March 9, 2006 in which to file their response.


DEFENDANTS

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:     _____
        Joseph A. Jordano
        Assistant Attorney General
        Federal Bar # ct21487
        55 Elm Street, P.O. Box 120
        Hartford, CT  06141-0120
        Tel:  (860) 808-5340
        Fax: (860) 808-5383
        E-mail :
        Joseph.Jordano@po.state.ct.us

## **CERTIFICATION**

I hereby certify that pursuant to Rule 5(b) of the Federal Rules of Civil Procedure a copy

of the foregoing  Motion for Extension of Time was sent by United States mail, first class

postage prepaid,  on this   16th     day of  February, 2006 to:


Antonio Ponvert III, Esq.
Koskoff, Koskoff & Bieder P.C.
350 Fairfield Ave.
Bridgeport, CT 06604
Tel: 203-336-4421


Paul Cayer,  pro se
173 Old  Burrville Road
Torrington, CT 06790



_____
Joseph A. Jordano
Assistant Attorney General