UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAUL CAYER, | : | CASE NO. 3:02CV1130(HBF) |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| CHARLES SPIRIDON and | : | |
| JAMES ROACH, | : | |
| *Defendants.* | : | May 11, 2006 |

**DEFENDANTS' MOTION FOR EXTENSION
OF TIME TO FILE DISPOSITIVE MOTION**

COMES NOW, defendants Charles Spiridon and James Roach requesting an extension of time of ninety (90) days to and including August 5, 2006 in which to file their dispositive motion in the above-captioned matter. In support of their motion, the defendants, through counsel, represent the following:

1. The dispositive motion deadline is currently June 5, 2006 pursuant to the Court's Ruling on Disclosure of Records (Doc. # 154, May 5, 2006).

2. The undersigned represents that some time will be necessary in order to allow the plaintiff to produce the records as ordered by the Court.

3. The undersigned has summary judgment motions upcoming in two federal matters, Thompson v. CSU, 3:05CV0715(JCH) and Garcia v. Eastern Connecticut State University, et al., 3:05CV0922(PCD) in the impending timeframe which will necessitate considerable time and attention. Additionally, the undersigned is scheduled to begin in early June 2006 a jury trial before Honorable Judge Ellen Bree Burns in Fairbrother v. DMHAS, 3:01CV0162(EBB) that again will take his time and attention.

4.	In addition, the undersigned has a closing brief due in the immediate time frame a bench trial before the CHRO in the matter of Lueder v. SCSU, et al., CHRO No. OPH/WBR 2005-011.  The undersigned also has an appellee brief due in July 2006 in the matter of Richardson v. CHRO, et al., No. 06-0474-cv which necessitates this request for ninety (90) days.

5.	Some of the potential witnesses from whom affidavits will be obtained are retired from state service and the undersigned will require additional time in which to contact them and obtain the necessary affidavits for submission with the summary judgment motion.

6.	The undersigned represents that dialogue is currently ongoing regarding resolution of the instant matter and the undersigned represents that additional time is required to explore that avenue with the hopes of not having to expend further time and resources of the Court.

7.	The plaintiff will not be prejudiced by this motion.

8.	This is the defendants' first request for an extension of time to file a dispositive motion since the Court's order on the issue of disclosure of records.

9.	Pursuant to Local Rule 7(b), the undersigned contacted Antonio Ponvert, Esq., who represented the plaintiff regarding the Disclosure of Records issue as Independent Counsel and he represents that he has no objection to this motion.

WHEREFORE, the defendants respectfully request an extension of time of ninety (90) days to and including August 5, 2006 in which to file their dispositive motion.

DEFENDANTS,

RICHARD BLUMENTHAL
ATTORNEY GENERAL

By: _____
Joseph A. Jordano
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-1020
Tel: (860) 808-5340
Fax: (860) 808-5383
E-mail address:
Joseph.Jordano@po.state.ct.us
Federal Bar # ct21487

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 11th     day of May, 2006 a copy of the aforementioned Motion for Extension of Time to File Dispositive Motion was sent by First Class United States mail, first class postage prepaid to:

Paul Cayer, pro se
173 Burrville Road
Torrington, CT 06790


Antonio Ponvert III, Esq.
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue, 5th Floor
Bridgeport, CT 06604
Tel: (203) 336-4421
Fax: (203) 368-3244
Independent Counsel

_____
Joseph A. Jordano
Assistant Attorney General