UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAUL CAYER, | : | CASE NO. 3:02CV1130(HBF) |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| CHARLES SPIRIDON and | : | |
| JAMES ROACH, | : | |
| *Defendants.* | : | August 8, 2006 |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME
TO FILE DISPOSITIVE MOTION, NUNC PRO TUNC**

COMES NOW, defendants Charles Spirdon and James Roach requesting an extension of time of ninety (90) days to and including November 5, 2006 in which to file their dispositive motion in the above-captioned matter. In support of their motion, the defendants, through counsel, represent the following:

1. The dispositive motion deadline was August 5, 2006 (Doc. # 156, May 17, 2006).

2. The parties reached an oral agreement. On July 31, 2006, the undersigned forwarded to Attorney Antonio Ponvert, who was assisting the pro se plaintiff in the matter involving his medical records as an independent counsel, the settlement papers for the plaintiff to review and execute.

3. The undersigned anticipates receiving the signed documents back from Mr. Cayer but has not received anything to date.

4. The undersigned is requesting the additional time to file summary judgment with the utmost of caution. It is the hope that the additional time will not be

necessary but the defendants want to preserve their right to file a dispositive motion in the event the settlement papers are not executed.

5. The undersigned represents time would also be required to obtain the medical documentation ordered by the Court on May 5, 2006 (Doc. # 154). Obtaining the information was put in abeyance based on the representation that serious settlement discussions were underway.

6. The plaintiff will not be prejudiced by the delay.

7. Pursuant to Local Rule 7(b), the undersigned contacted Attorney Ponvert and he represents he has no objection to this motion.

WHEREFORE, the defendants respectfully request an extension of time, nunc pro tunc, of ninety (90) days to and including November 5, 2006 in which to file their dispositive motion, if necessary.

                DEFENDANTS,

                RICHARD BLUMENTHAL
                ATTORNEY GENERAL

By: _____
     Joseph A. Jordano
     Assistant Attorney General
     55 Elm Street, P.O. Box 120
     Hartford, CT 06141-1020
     Tel: (860) 808-5340
     Fax: (860) 808-5383
     E-mail address:
     Joseph.Jordano@po.state.ct.us
     Federal Bar # ct21487

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 8th day of August, 2006 a copy of the aforementioned Motion for Extension of Time to File Dispositive Motion, Nunc Pro Tunc was sent by First Class United States mail, first class postage prepaid to:

Paul Cayer, pro se
173 Burrville Road
Torrington, CT 06790

Antonio Ponvert III, Esq.
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue, 5th Floor
Bridgeport, CT 06604
Tel: (203) 336-4421
Fax: (203) 368-3244
Independent Counsel

_____
Joseph A. Jordano
Assistant Attorney General