UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAUL CAYER, | : CASE NO. 3:02CV1130 (HBF) |
| *Plaintiff*, | : |
| v. | : |
| JAMES ROACH and | : |
| CHARLES SPIRIDON, | : |
| *Defendants*. | : AUGUST 30, 2006 |

### STIPULATION OF DISMISSAL

COMES NOW the plaintiff, pro se, and defendants through counsel and pursuant to Rule 41(a) by stipulation do hereby dismiss the above case with prejudice, each party to pay their own costs and fees.

PLAINTIFF,
PAUL CAYER, pro se

By: Paul Cayer

DEFENDANTS,
JAMES ROACH AND CHARLES SPIRIDON

By: Joseph A. Jordano (ct 21487)
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120