UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PAUL CAYER : CASE NO. 3:02CV1130(HBF)

V. :

JAMES ROACH and CHARLES SPIRIDON : OCTOBER 17, 2006.

### PLAINTIFF'S MOTION FOR RETURN OF SURETY BOND

WHEREAS the parties have settled this case, with each side responsible for their own costs, Plaintiff requests a refund of the surety bond posted by him.

PLAINTIFF,

*/s/ Paul Cayer*
PAUL N. CAYER, pro se

Paul Cayer
173 Old Burrville Rd.
Torrington, CT 06790

### CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on October 17, 2006 to:

Joseph Jordano
Assistant Attorney General
55 Elm St.
PO Box 120
Hartford, CT 06141-0120

*/s/ Paul Cayer*
Paul N. Cayer, pro se